



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Cause No.: ____:26-cv-_____    **4-26CV-125-P**

KELLI MARIE MCKENZIE, *a.k.a.*
*KELLI MARIE RAYBURN,*
 Plaintiff and Counter-Defendant,

v.

LEWIS BROOKS MCKENZIE, individually as
 Defendant and Counter/Cross-Plaintiff,
 *and* as Relator *ex rel.* UNITED STATES,
 Statutory Intervenor and Cross-Plaintiff,

v.

STATE OF TEXAS, JUDITH G. WELLS in her
individual capacity, and HOLLY L. HAYES,
 Cross-Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

In a removal from the 233rd Judicial
District Court of Tarrant County, TX
State case number: 233-651265-18
(*"In the Interest of D.B.K., a Child"*)
Judith G. Wells, presiding

FORMAL DEMAND FOR JURY TRIAL

CONSTITUTIONAL CHALLENGES

INJUNCTIVE RELIEF REQUESTED

## Lewis Brooks McKenzie's Verified Petition for Warrant of Removal with Counter/Cross-Complaint upon Human Trafficking for Damages

COMES NOW the Defendant below and Counter/Cross-Plaintiff herein, Lewis Brooks McKenzie, also as Relator *ex rel.* United States, removing with complaint for damages, thusly:

### INTRODUCTION

The instant state court case has been removed via 28 USC § 1443(1) as a facial challenge to the very existence of said state case, because it exists *only* upon state statutes facially repugnant to the federal Constitution for at least five (5) distinct "structural" violations of due process, the same set of constitutional infirmities that render every other such state case also void *ab initio*.

As a direct consequence, the United States is due and owed some $1.68B from the State of Texas, and your undersigned Relator is subsequently due and owed the reasonable *qui tam* share.

1

Counter/Cross-Plaintiff herein, Lewis Brooks McKenzie, also as Relator *ex rel.* United States, removed the instant state court case as wholly void *ab initio* for being based on facially unconstitutional state statutes that falsely pretend state court judges may "award" or "grant" the rights of child custody – fundamental rights – betwixt an adversarial pair of fit natural parents.

The claims brought herein are *statewide challenges* and not regarding any particular orders or judgments of the instant state court itself, but focused upon the unconstitutional statewide practices of violating the fundamental rights of every person passing through its system doors.

The essence of Section 1443 removal is a facial challenge against one (1) or more state laws, as we have herein. *See* the undersigned's Notice of Constitutional Questions to Texas State Statutory Schemes filed contemporaneously herewith. Said Notice allows the Court optionally to certify the same unto the Texas Attorney General. **F.R.Cv.P. Rule 5.1(b), 28 USC § 2403(b).**

**All** of Defendant Texas' state court cases styled as "Parent-v-Parent" or are, at their core, suits between pairs of adversarial natural parents litigating over child custody rights and other matters of the parent-child relationship are absolutely and wholly void for shocking *total* lack of even the most basic due process, including: (1) the state courts cannot actually "award" or "grant" custody to either natural parent because *both already have* full custody rights before ever entering the state court; (2) lack of using the clear and convincing evidentiary standard to attempt impacting the custodial rights of a minor child; (3) lack of jury trial availability, up front, to defend against losing that fundamental right; (4) natural parents have no legal standing to sue each other over their fundamental rights, but only the State itself can attack such rights; and (5) the Title IV-D scheme creates direct manifest conflicts of pecuniary interest in the court officers themselves.

Each of these five (5) glaring reasons of shocking infirmity is a "structural" violation of due process, i.e., of such manifest error against even the foundation of a court case, that all is void.

Hence, Relator does **not** attack any *particular order(s) or judgment(s)* of the state court case, as **there is no need** when *the entire case* itself is manifestly unconstitutional on its face, being wholly void *ab initio*, a legal nullity. Therefore also, abstention doctrines do **not** apply herein.

Because the primary, overarching issue is the set of facial challenges to Texas' state statutes, Defendant Texas is the actual new *primary* defendant party herein, regardless of party labels.

No other party herein may attempt to speak in the stead of AG Paxton upon the state statutes.

Because **all** such state court cases are facially repugnant to the federal Constitution (and to the Texas Constitution), Defendant State of Texas is also sued for routinely creating, executing and enforcing wholly false and fictitious child support ("Title IV-D") orders in direct violations of the Consumer Credit Protection Act, and for routinely submitting false claims to the Government for Title IV-D reimbursements in direct violation of the False Claims Act (*qui tam* proceedings).

Moreover, much of these essentially racketeering operations by the family law professionals to literally steal people's fundamental rights, and their very lives, appear to be heavily tainted with pervasive Anti-White and particularly Anti-White-Male ideology in and by the state actors, i.e., including the taint of racial discrimination within the mix of also creating wholly void cases.

Because **all** such cases are patently and manifestly void *ab initio*, while using the power of the state as threats and/or actual acts of incarceration for extortion of monies via such false and void state case, the state family law industry is also therefore involved in massive human trafficking.

Because racial discrimination is prohibited within public facilities by federal law, and because institutional violations of the Consumer Credit Protection Act exist, and also because of the egregious amount of monies involved in violating the False Claims Act, and naturally because of the statewide raping of constitutional rights of citizens *en masse* by such state courts' processes, the United States is a statutory Intervenor-Plaintiff, and is also a civil rights discretionary party.

Because Relator's own state child custody case is manifestly void on its face *just like all other* one million plus (1M+) such court cases across the entire State of Texas, Relator is entitled to damages against the individual and corporate actors who **directly** violated Relator's fundamental rights of parent-child relationship by the same repugnant processes, also used false threats of jailing without due process, to intimidate and extort ludicrous sums of monies from Relator, further inflicting pain and suffering and other harms to both person and rights.

Accordingly, Relator is suing the Counter-Defendant and all Cross-Defendants *except Cross-Defendant Texas* for appropriate awards of compensatory, consequential, punitive, and other civil damages and such other related relief, whereas Cross-Defendant Texas, *itself*, is solely sued for declaratory relief appropriate herein, i.e., for correction of Texas' practices about child custody rights into constitutional compliance with the fundamental rights of all natural parents.

<u>JURISDICTION AND VENUE</u>

1.  This Court has proper jurisdiction over these causes of action pursuant to, but not limited to, the following statutory authorities: 28 USC §§ 1443 and 1446(b) [**constitutional challenge to state statutes** under special Section 1443 civil rights removal], *see also* 28 USC § 2403, as well as 28 USC §§ 1331, 1343 and 1367 [**standard federal questions**, and federal supplemental jurisdiction over intertwined state law claims], further pursuant to the **Federal Consumer Credit Protection Act**, 15 USC §§ 1601, et seq., and yet also again, as further independent jurisdiction under the **False Claims Act**, 31 USC § 3729, et seq., along with **RICO** jurisdiction under 18 USC §§ 1963 and 1964, and **Declaratory** jurisdiction pursuant to 28 USC §§ 2201 and 2202. Moreover, this Court is an Article III court with the express authority to hear and adjudicate any questions arising under the Constitution, Laws, and Treaties of the United States, including but not limited to the Bill of Rights and the Eleventh Amendment, the original

Thirteenth Amendment, and Fourteenth Amendment to the U.S. Constitution, the International Covenant on Civil and Political Rights, and the Universal Declaration of Human Rights, with Reservations. *See also* the Article VI Supremacy Clause of the Constitution of the United States of America, as lawfully amended (*hereinafter* "Federal Constitution").

2.  Moreover, separately, and independently, this Court and the judicial officer(s) thereof in personal capacity have duly designated and statutory criminal jurisdiction over the numerous and manifest federal penal offenses perpetrated by the individual Defendants documented herein, and the expressly mandatory federal statutory duty to promptly initiate criminal process including arrest warrants against each of the very same said wayward state actors and agent Defendants.

3.  Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and 1391(c), as well for the U.S. Attorney General's interests, as removal over numerous state violations of various federal rights, both as perpetrated, and threatened to perpetrate, in Tarrant County, Texas; venue is also proper as for violations of the Consumer Credit Protection Act, both as perpetrated and as threatened to perpetrate, in Tarrant County, Texas; venue is also proper as for violations of the False Claims Act in defrauding the United States, again both as perpetrated and as threatened to perpetrate, in Tarrant County, Texas; and venue is proper as for RICO violations involving this Tarrant County example, and also for declaratory relief pursuant to 28 USC §§ 2201 and 2202.

## PARTIES

4.  Your Relator-Plaintiff, Lewis Brooks McKenzie, is a resident citizen of the State of Texas, also Victim of all described and enumerated federal and state crimes herein perpetrated by the listed Counter and Cross-Defendants in plain, willful conspiracy with various judicial, attorney, clerical, and other actors and/or agents of Cross-Defendant State of Texas, done knowingly to intentionally violate and deprive fundamental due process rights, property rights,

natural rights, rights of equality, equal protection of law, rule of law, and etc., i.e., as willful, knowing and intentional conspiracies to perpetrate daily violations of civil rights, all for money.

5. Cross-Defendant State of Texas is the sole and proper party, by and through its duly elected Attorney General, to engage this matter in discussion and any defense of its own state statutes being facially challenged herein. *See* the formal Notice of Constitutional Questions to Texas State Statutory Schemes filed contemporaneously herein. *No* other party, whether actual party listed within this Parties section, nor any other interested and/or third party, intervenor, amicus, next friend, nor any other sort, may lawfully attempt to either circumvent, act as impostor for, or otherwise speak in the stead of the exclusive role and authority herein by the Attorney General of the State of Texas upon all matters clearly affecting the public interest as a whole and also statewide, *see* the Texas Constitution for said exclusive authority, and any and all such attempts should and must be vigorously sanctioned in full extent.

6. Cross-Defendant Judith G. Wells is a resident and citizen of the State of Texas, she is an individual professional Defendant as referenced above, she is a "Title IV-D enforcement agent" and somehow illicitly works simultaneously for Defendants State of Texas and Tarrant County, and yet also for the U.S. Federal Government and for Ken Paxton in parallel, she is a civil and criminal Defendant party within this removed case as to conspiracy to defraud myself and my minor child, and conspiring to criminally defraud the United States (willful false claims), and she may attempt under opportunity herein to defend her wanton, willful, knowing and intentional acts, behaviors, and conspiracy to perpetrate criminal and civil violations of the undersigned Relator's well known and well established fundamental, natural, equal and other federal rights, just the same generally as she also knowingly foists daily upon other U.S. citizens' civil rights.

7.  Cross-Defendant Holly L. Hayes is a resident and citizen of the State of Texas, she is a Title IV-D collections agent within the instant state case removed, and she may attempt under opportunity herein to defend her wanton, willful, knowing and intentional acts, behaviors, and conspiracy to perpetrate criminal and civil violations of this Relator's well known and well established fundamental, natural, equal and other federal rights, just the same generally as she also knowingly foists daily upon other U.S. citizens' civil rights.

8.  Counter-Defendant Kelli Marie McKenzie (*a.k.a.* Kelli Marie Rayburn) is a resident and citizen of the State of Texas, she is the other natural but adverse parent of this undersigned Relator's natural minor child, and she may attempt under opportunity herein to defend her wanton, willful, knowing and intentional acts, behaviors, and conspiracy to perpetrate criminal and civil violations of this undersigned's well known and well established fundamental, natural, equal and other federal rights.

9.  Counter-Defendant Kelli Marie McKenzie was already a party in the instant state case removed and is now considered as *counter*-defendant party herein, while all Cross-Defendants are now considered exactly that, as *cross*-defendant parties herein. *See* the case styling at top.

10.  The United States is a statutorily-required intervenor-Plaintiff in these matters pursuant to allegations formally raised under the federal False Claims Act, and an optional Intervenor in these instant matters formally raised under the federal Consumer Credit Protection Act, and an optional Intervenor in these instant matters pursuant to a variety of other relevant federal statutes, but regardless, has a mandatory statutory duty to participate and respond within these premises.

## FACTUAL ALLEGATIONS

11.  All natural [biological] parents *already have* full and fully vested child custodial rights to their child/ren from the very moment(s) of each such said child's birth, which is why *only* the

parents may *legally* sign school field trip permission slips, approve any doctors/treatments for their child, and dictate their child's residence, nutrition, religion if any, life activities, and etc.

12.   The aforementioned rights are constitutionally-protected rights of the highest order, clearly entitled to at least all of same due process protections that are afforded for the enumerated rights in the federal Constitution, particularly the First Amendment, if said rights are not already necessarily included as part of the rights inherent under the Ninth and/or Tenth Amendments.

13.   The required constitutional due process protection of those same rights implicates other rights under at least the First, Fifth, and Fourteenth Amendments, as well as implicates issues under Article 1, Section 10 of the federal Constitution, issues of our state constitution, and more.

14.   The same pre-existing, constitutionally protected rights of child custody cannot be taken away ("removed" or "terminated") by any state action, unless and until there is *first* proven, by *clear and convincing* evidence under full due process, something of very serious nature in imminent harm to the given minor child/ren (serious abuse, serious neglect, and/or abandonment of said child/ren), i.e., state action regarding parental rights is limited strictly and only to "removing" or "terminating" a given parent's child custodial rights upon the required legal proof of serious unfitness via a *bona fide* CPS/TPR (child protection services/termination of parental rights) type of case with full due process case procedures including right to jury trial option.

15.   Without proof of serious unfitness achieved via such CPS/TPR case conducted under constitutionally-compliant procedures, both of the natural (biological) parents of any given child/ren are legally still presumed as fit – and even more importantly – as *equally* fit parents.

16.   Presuming legal fitness, those same child custodial rights (*direct blood* relationships / direct kinships *of the first degree*) are fully and equally shared by both said fit natural parents, regardless of any marriage or cohabitation or not between such parents (any of which is only a

social construct arrangement or not between persons of *non-blood* relationship) (further noting that such arrangements involving *blood* relationship are inherently unlawful in *all* jurisdictions).

17.  Cross-Defendant Texas and its various state courts <u>cannot</u> simply and completely ignore and bypass those pre-existing and fully-vested child custodial rights of a natural parent, by using ostensible statutes that pretend that they can do that – all such statutes are repugnant and void.

18.  Therefore, Cross-Defendant Texas' child custody statutes are facially unconstitutional for illegally pretending exactly that – falsely creating court cases that *automatically* deprive citizen parents of those pre-existing federal rights by completely and totally ignoring those rights, even without pre-deprivation notices of any kind, and then pretending further falsely via absolutely void dog-and-pony-show proceedings that either or both parents *might* be given *back part or all* of their same pre-existing rights after the state court "awards" or "grants" those very same rights, **fundamental** rights which were never even lawfully taken away ("removed" or "terminated") in the first place.

19.  In addition to all of that facial infirmity in wholly fraudulent and total deprivations of constitutionally-protected rights without ANY pre-deprivation due process or notice whatsoever, said same state statutes are also repugnant to the federal Constitution for falsely pretending within all such similar cases that the custodial rights of minor children may be changed under mere *preponderance* evidentiary standards, when in fact the *clear and convincing* evidentiary standard is always required for any such process involving *direct blood* relationships, let alone *direct blood relationships of the first degree.*

20.  Although state courts reasonably have jurisdiction to settle matters between *non-blood* relationship parties (dissolution of marriage, legal separation, and/or similar issues between formerly cohabitating adult persons), state courts have absolutely <u>no</u> jurisdiction over said *direct*

*blood* relationships between each and every natural parent and his or her child/ren, *unless and until* a given CPS/TPR case establishes [serious] parental unfitness via full due process *first*.

21.   That in addition to the above facial constitutional infirmities, all such state court cases are also constitutionally void on their faces for illegally allowing direct pecuniary conflicts of interest by state court judges, local prosecutors, clerks, and even the counties themselves in regards to every Title IV-D child support case, which further relates to the federal Consumer Credit Protection Act claims raised herein as well as also to the federal False Claims Act claims raised herein, hence those state statutes are also generally named and facially challenged herein.

22.   All such state statutory schemes, all predicated on the federal Government's enactment of "welfare" laws that were designed strictly to help provide support of children *abandoned* by their parents (hence, *welfare* laws like Title IV-D including provisions for child *support* orders strictly within the follow-up context of *only* CPS/TPR cases...), have been grossly misapplied via the other above constitutional infirmities, now into a completely falsified systemic welfare scam against all natural parents illegally dragged into and through such facially void state court cases.

23.   Accordingly, all said repugnant state statutes of Defendant Texas must be struck down for said multiple infirmities in violation of the federal Constitution, or at **minimum** corrected to a reasonable level of constitutional compliance regarding deprivations of fundamental rights.

24.   Counter/Cross-Plaintiff-Relator Lewis Brooks McKenzie is a Victim of unconstitutional rights deprivations and related injuries suffered from Counter/Cross-Defendants vis-à-vis being an unwilling party to Cross-Defendant Texas' court case #233-651265-18 within the 233rd District Court of Tarrant County, Texas, by having his pre-existing child custody rights stolen by the Counter/Cross-Defendants without ever once being first found, by clear and convincing evidence, as too seriously unfit to retain the same custody rights, further depriving his parenting

time with his blood minor child to less than equal shares with the other natural parent, the Counter-Defendant, and further subjecting me to Title IV-D child support and related orders under color of law, including threats of being falsely arrested and jailed without due process, to falsely deprive me of my monies and finances in ongoing manner, and therefore also causing consequential damages to the undersigned Counter/Cross-Plaintiff and Relator's reasonably expected life, livelihood and life station.

25.  All other similarly situated natural parent victims of Texas' courts are all Victims of the very same unconstitutional rights deprivations suffered from Cross-Defendant Texas vis-à-vis being parties to court cases of Texas counties, each having their pre-existing child custody rights stolen by Texas and the given actors involved without ever once being first found, by clear and convincing evidence, as too seriously unfit to retain the same custody rights, each further deprived of their parenting time with their respective blood children to less than equal shares with the given corresponding other natural parent, and each further subjected to Title IV-D child support and related orders under color of law, including threats and/or implied threats of even being arrested and facing jail time, to falsely deprive them of their monies and finances in ongoing manner, and therefore also causing consequential damages to each such other similarly situated natural parent's otherwise reasonably expected life, livelihood and life station.

26.  Each and every such said Title IV-D child support order – and the determination of the actual regular and/or lump sum amount of "child support" falsely ordered to be paid by each such similarly situated parent – was directly fashioned and was directly controlled and is directly enforced by elected and/or appointed officials of the exact same corresponding Texas county, including Texas' state and county judges, Texas' county clerks, Texas' county prosecutors, and

Texas' counties, and it has all been perpetrated at Cross-Defendant Texas' full insistence within each and every such court case.

27. Cross-Defendant Texas' agents described just above in ¶ 26 have all falsely profited due to creating and enforcing their Title IV-D scheme of unjust enrichment, by using repugnant statutes to attempt justifying ongoing massive statewide daily patterns and practices of various fundamental rights violations, so as to falsely drum up massive financial flow to their Title IV-D accounts, earning all pass-through interest, and then sharing those profits amongst themselves.

28. Cross-Defendant Texas' agents described above in ¶¶ 26 and 27 reasonably knew and/or should have known that illegally created Title IV-D child support orders and attendant income garnishment orders violates the federal Consumer Credit Protection Act, because failing to afford the given natural parents described herein *any due process whatsoever* in stealing their same parental pre-existing rights of child custody obviously violates the requirement of 15 U.S.C. § 1673(b)(1)(A) to always afford "substantial due process" regarding such orders, and that therefore also, Cross-Defendant Texas' and its agents reasonably knew and/or should have known that any enforcement of such illegal orders was strictly prohibited. 15 U.S.C. § 1673(c).

29. Cross-Defendant Texas' and its agents described above in ¶¶ 26 and 27 reasonably knew and/or should have known that submitting invoices to the federal Government for Title IV-D reimbursement claims based upon illegally created Title IV-D child support orders was and is in itself an unlawful routine pattern and practice of acts of making false claims to the United States, in violation of various federal laws, including the False Claims Act, 31 USC § 3729, et seq.

30. Within the instant state court case, the Counter-Defendant and the legal professional Cross-Defendants knowingly conspired to use false "orders" to deprive me of my fundamental parenting rights and to also falsely threaten me with jail for shocking extortion of my monies.

ARGUMENT:  EVERY SUCH STATE CASE IS VOID FOR THESE FIVE (5) REASONS

31.   There are five (5) main systemic constitutional violations of *every* such state case.

**Argument 1 –** The family court *literally* steals fundamental rights of natural parents to their children, without ANY due process, whatsoever, by totally ignoring their pre-existence.

32.   Natural parents *already have* full custody rights to their child/ren *before* they ever got involved with any family court.  There is no magical difference of any kind between them (a natural parent opposing the other natural parent over their mutual child/ren), versus some given parent targeted by an actual CPS case, versus the random other natural parent out there who has never been involved with any court for anything -- every natural parent *already has* full legal and physical custody rights to their minor child from the very moment of that child's birth.  This is why parents (and ONLY the actual parents) can *legally* sign school field trip permission slips, make any and all medical, education and all other life decisions for their child, dictate the child's diet, the child's religion if any, and also decide literally everything else for their child.  It is *because* the fundamental rights of child custody *already exist* in each corresponding natural parent in total regards to their minor child/ren.

33.   This is also *why* the legal goal of every CPS case is to "terminate" or "remove" the targeted parent's child custody rights... because those rights *already pre-exist* in every natural parent, so the State has to terminate or remove (takeover) the legal custody rights to the poor child/ren in that sad situation (by proving serious unfitness), so that the State THEN can later *actually give away* those child custody rights to someone else "better" (as a temporary "grant" or "award" of child custody to foster parents, or as a permanent "grant" or "award" of child custody to adoptive parents).

34.  But the family court (the power of the State) in their own personal case never terminated or removed those exact same pre-existing fundamental rights of child custody, and that family court never actually took over custody rights of their natural child/ren in the first place, all properly done via an actual CPS case with full due process, so that it could then actually "award" or "grant" custody of their child/ren to *either* opposing parent... let alone the glaring fact that, without ever being proven as legally unfit by a bona fide CPS case, both opposing parents already had and have full and equal shares of those same fundamental child custody rights, as still deemed legally fit (and under law, equally fit) parents.

35. The family court can NEVER actually "grant" or "award" custody to EITHER natural parent in such type of situation, because both parents *already had and have* full and equal custody rights.   The ONLY thing that the state court can ACTUALLY do to parent-child relationships is "terminate" or "remove" pre-existing child custody rights (but again, only via an authentic, full-blown CPS case proven first).

36. The family court cannot giveaway custody it has not yet obtained, to either of parents who both already have full custody.   The entire notion is ridiculous, and is a blatantly unconstitutional fraud, farce and sham on its plain face.   The family court *literally* steals fundamental custody rights by just pretending that they don't even exist (and by further pretending that it can then "award" or "grant" those fundamental rights in whole or part BACK or not as it pleases).   And yet the same family court judges, and many family law attorneys, work in CPS cases also, so they already know natural parents already have those very same pre-existing fundamental rights.

37. Literally stealing pre-existing fundamental constitutional rights, by just falsely pretending that they don't even exist, is a blatant fraud of such epic magnitude to clearly void the entire case for absolutely total lack of ANY of the required pre-deprivation due process ever performed,

whatsoever – an egregiously manifest "structural" violation of due process which voids the entire case as fatally invalid.

**Argument 2 – Family courts cannot use an insufficient evidentiary standard over child custody.**

38.  Family courts simply cannot use the mere preponderance evidentiary standard to affect child custody rights, but must always use the clear and convincing evidentiary standard when it comes to any direct-blood relationship, let alone regarding any parent-child relationship, which is a direct-blood relationship of the *first* degree of kinship... the most important kind of direct-blood relationship that exists under law.

39.  Courts can use preponderance of the evidence to separate *non-blood* relationships, like between opposing parents themselves, and attend to the intertwined matters between those non-blood parties, like division of marital assets and debts, but courts cannot use mere preponderance to separate or even diminish *direct-blood* relationships like any parent-child relationship.

40.  Again, this is why an actual CPS case (filed *only* by the State itself) always uses the clear and convincing evidentiary standard of proof to attack parental custody rights.

41.  Using an insufficient evidentiary standard is a "structural" violation of due process which voids the entire case as fatally invalid.

**Argument 3 – Lack of available jury trial option *before* deprivations of fundamental rights.**

42.  Child custody rights of natural parents are well recognized as fundamental rights, the highest form of constitutional rights, absolutely protected by full due process procedures before any fundamental right may be deprived, and such full due process includes the right to have the proof proven by way of full jury trial at the option of the person whose such right is being attacked. Texas is the only State that does, in fact, provide for a jury trial option over normal child custody disputes between the adverse parents (which itself is invalid because the State is

the only proper party that can even attempt to modify any parent's child custody...), but even Texas courts issue "temporary" and other orders (whether in a divorce case, paternity case, child support case, protective order case, and/or similar/related case) that unconstitutionally bypass the required due process availability of jury trial option to defend against just being summarily deprived of your basic fundamental rights, i.e., under various Texas statutes, the state courts unconstitutionally pretend they can just negatively impact and deprive you of your protected fundamental custody rights without ever (1) even recognizing that your same *pre-existing* rights *already* exist, (2) further recognizing those rights as protected fundamental rights entitled to full due process procedures (3) under clear and convincing evidence, and specifically also (4) providing you with that option of jury trial to defend against the potential loss of your parenting rights. Lack of available jury trial option *up front* for defense against any possible deprivation of fundamental rights, by such "temporary" and/or by such other described "family" orders, is a "structural" violation of due process which voids the entire case as fatally invalid.

**Argument 4** – Natural parents cannot actually sue each over fundamental child custody rights.

43. Let me rephrase that just slightly: *private parties cannot sue each other directly over fundamental rights.* Regarding the normal child custody dispute between the adverse parents, that in itself is directly invalid on its face, because the State is the *only proper party* that can even attempt to modify or decrease or deprive any natural parent's *fundamental rights* of child custody. ONLY the State itself has the potential cause of action, and legal standing, under the *"parens patriae"* legal doctrine, to attempt to modify and/or limit, in any way, some natural parent's fundamental rights of child custody. Simply put, no private citizen, including the other natural parent of someone's child/ren, has EVER had valid legal "standing" to sue that adverse natural parent in any attempt to either modify or decrease or deprive fundamental rights of child

custody. Only the State itself has legal standing to sue any natural parent in regards to their child custody rights.... *See* again, a bona fide CPS/TPR case.

44.  Another private party can *indirectly* attack you regarding public speech (fundamental First Amendment rights), *but ONLY if they invoke the government power*, via complaint, because you allegedly *abused* that constitutional right. Another private party can *indirectly* attack you over your possession of guns (Second Amendment right to bear), but only if they are a victim of your guns (personal harm or threat of personal harm), *thereby invoking government power* because you allegedly *abused* that fundamental constitutional right. The private party can sue for torts like personal injury, mental anguish, etc., but only the State can **directly** attack the "possession" (2A right to bear) aspect, because that is a *fundamental* right. Another private party, even the opposing natural parent, cannot sue another private person *directly* to limit or modify or take away their fundamental constitutional rights of child custody.

45.  However, a private party can still *indirectly* *invoke the government power* (the State) against your child custody rights, but once again, ONLY if you have *abused* that fundamental right, i.e., you have committed serious child abuse and/or serious child neglect, by that private party (even your opposing parent) filing a valid complaint with some arm of the government to investigate (the whole idea falling under the very same *parens patriae* legal doctrine as CPS cases). And so likewise again, the only direct legal standing for such situation is *by the State itself*, via filing a bona fide CPS/TPR case with full due process steps including jury trial defense option. **Every** child custody case, regardless of which parent "sued" the other, is flatly and entirely void for lack of ever having proper parties in the first place, i.e., it is void for lack of proper parties (lack of standing), and once again, such a manifestly erred foundation of the case itself is a "structural" violation of due process which voids the entire case as fatally invalid.

46. To clarify an important distinguishing aspect, adult citizen parents (who are *not* blood related, by definition) can sue each other directly all day long, under mere preponderance, to separate their *own* relationship (divorce or similar, divisions of assets and debts, and any such related matters), but they have no legal standing to *directly* sue each other for seeking any impingement and/or deprivation of their direct-blood parent-child relationships, because those rights are constitutionally protected fundamental rights, which can only be directly attacked by the State itself.

**Argument 5** – The Title IV-D kickback scheme unlawfully incentivizes direct conflicts of interest by court officers.

47. The reason *why* every Texas family court orders any and all child support to be paid into the official "SDU" (State Disbursement Unit) accounts is because these "holding" accounts earn interest -- LOTS of interest money earned upon all of the many child support payment amounts passing through, on their way to being later disbursed out to the so-called "custodial" parents. This huge amount of bonus monies earned via said interest-bearing pass-through accounts is then divided out in pro-rata shares paid to the salaries and/or budgets of the judges of the county, the main clerk of the county, the local prosecutor, and even to the county itself.

48. The more child support is ordered, the higher each of their respective kickback interest share cut amounts. This direct pecuniary benefit of each child support case processed is a directly unethical conflict of interest, i.e., the officers of the court themselves have direct conflicts of interest in every single Title IV-D child support case that they create and process and enforce, all of which is highly unconstitutional on its face. Even the county itself has a conflict of interest (as to proper venue) regarding its own Title IV-D cases.

49. It is basic Legal 101, it is axiomatic, that no judge may ever be involved with either creating and/or presiding over any case in which the judge derives any pecuniary benefit (not to mention also the conflicts by the main clerk, and potentially by the local prosecutor too for any such future enforcement of said child support amounts).

50. Having a judge with a (known, i.e., premeditated) direct pecuniary conflict of interest to the case itself is a "structural" violation of due process which voids the entire case as fatally invalid. Normally such an ongoing sham is called a fully premeditated criminal spree of endless theft and/or fraud, which also makes it graft, subject to federal RICO claims, and so forth.

## RACIAL AND GENDER DISCRIMINATION ALLEGATIONS

51. The undersigned Counter/Cross-Plaintiff-Relator believes and submits that the primary underlying cause of all aforementioned rampant violations of law by all of the said governmental and corporate agents like the individual Cross-Defendants is their routine racial and gender discrimination, particularly in Anti-White-Male ideology that has become so vastly pervasive throughout government treatment of citizens in general. Regardless of root cause for such historic levels of unconstitutional discrimination, widespread abuse of all governmental services and programs has occurred with primary targeting of Caucasian males as the *de facto* mantra of many government leaders, many social organizations, and many political organizations, as well as the corporate world, the advertising world, and so forth and so on – with our nation's family courts, in particular, being no strangers or exception to that Anti-White-Male ideology.

52. In other words, this Counter/Cross-Plaintiff-Relator, states, complains and alleges that simply being a white male has subjected my person to extraordinary maltreatment and disparate treatment within the instant state court processes removed herein, and that all of Defendant State of Texas' family courts are not substantially different from the exampled instant state court case

complained of herein, in that all of them are routinely misapplying law and facts, knowingly and intentionally, in furtherance of their likeminded Anti-White-Male ideology, that is to say, of a general pattern and practice of knowing, willful racial discrimination and gender discrimination simultaneously, victimizing white males.

## FIRST CAUSE OF ACTION

(RICO against Cross-Defendant State of Texas, solely for equitable/declaratory relief)

53.  All of the allegations contained within ¶¶ 1 through 52 above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

54.  A governmental unit, including the State of Texas, and/or vis-à-vis its statewide court system, can be a racketeering enterprise. "We agree that a court may be an enterprise within the meaning of RICO. " *Averbach v. Rival Mfg. Co.*, 809 F.2d 1016, 1018 (3d Cir. 1987). "This Court has previously held that a governmental unit can be a RICO enterprise." *De Falco v. Bernas*, 244 F.3d 286, 307-8 (2d Cir. 2001). "It is well established that a government unit with multiple sub-departments can be a RICO enterprise." *U.S. v. Walker*, 348 F. App'x 910, 912 (5th Cir. 2009). "Appellants also suggest that since the Third Judicial Circuit is a government entity, it cannot constitute a RICO enterprise. We disagree." *United States v. Stratton*, 649 F.2d 1066 (5th Cir. 1981). Several other circuit courts have found that a government entity may constitute an "enterprise" within the meaning of RICO. See *United States v. Thompson*, 685 F.2d 993, 998-1000 (6th Cir.) (en banc), cert. denied, 459 U.S. 1072, 103 S.Ct. 494, 74 L.Ed.2d 635 (1982); *United States v. Dozier*, 672 F.2d 531, 543 n. 8 (5th Cir. 1982); *United States v. Angelilli*,660 F.2d 23, 30-35 (2d Cir. 1981), cert. denied sub nom; *Butler v. United States*, 455 U.S. 945, 102 S.Ct. 1442, 71 L.Ed.2d 657 (1982); *United States v. Lee Stoller Enters., Inc.*,652 F.2d 1313, 1316-19 (7th Cir.) (en banc), cert. denied, 454 U.S. 1082, 102 S.Ct. 636, 70 L.Ed.2d

615 (1981); *United States v. Clark*, 646 F.2d 1259, 1261-67 (8th Cir. 1981); *United States v. Altomare*, 625 F.2d 5, 7 (4th Cir. 1980); *United States v. Bacheler*, 611 F.2d 443, 450 (3d Cir. 1979); *U.S. v. Freeman*, 6 F.3d 586, 597 (9th Cir. 1993); and, etc.

55.  Relator *ex rel.* United States herein may therefore seek equitable/declaratory relief, pursuant to 18 USC §§ 1963 and 1964, to compel the State of Texas into full constitutional compliance with the protected fundamental rights of natural parents passing through its courts.

56.  The state statutes of Texas that pretend to "award" or "grant" custody of children betwixt fit natural parents are utterly and manifestly void, for multiple reasons, all as aforementioned.

57.  Unless enjoined by the Court, Cross-Defendant Texas and its agents will continue to violate the constitutional rights of all similarly situated natural parents, including those of undersigned Relator.  Relator is therefore entitled to an order of the Court enjoining Cross-Defendant Texas from further violations of all natural parents' rights to due process in relation to their well-established fundamental parental rights of physical and legal child custody.

SECOND CAUSE OF ACTION

(RICO against Cross-Defendant State of Texas, solely for equitable/declaratory relief)

58.  All of the allegations contained within ¶¶ 1 through 57 above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

59.  Cross-Defendant Texas, vis-à-vis its state courts, is patently guilty of routinely violating both the Consumer Credit Protection Act and the False Claims Act, as fully detailed above.

60.  Unless enjoined by the Court, Cross-Defendant Texas and its agents will continue to violate the constitutional rights of all similarly situated natural parents, including those of undersigned Relator.  Relator is therefore entitled to an order of the Court enjoining Cross-

Defendant Texas from further violations of all natural parents' rights to due process in relation to their well-established fundamental parental rights of physical and legal child custody.

THIRD CAUSE OF ACTION

(RICO against Cross-Defendant State of Texas, solely for equitable/declaratory relief)

61.  All of the allegations contained within ¶¶ 1 through 60 above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

62.  Racial discrimination by actors and agents of Cross-Defendant Texas is prohibited by federal laws, including no less than 42 USC §§ 1981 (express), 1983 (nested), 1985 (nested), 1986 (nested), and 2000b-2 (nested) (which necessarily points to § 2000a, another express statute prohibiting the same).  The apparent Anti-White ideology existing within the family courts, with particular emphasis as an Anti-White-Male ideology, is unlawful and should be condemned.

63.  Unless enjoined by the Court, Cross-Defendant Texas and its agents will continue to violate the constitutional rights of all similarly situated natural parents, including those of undersigned Relator.  Relator is therefore entitled to an order of the Court enjoining Cross-Defendant Texas from further violations of all natural parents' rights to due process in relation to their well-established fundamental parental rights of physical and legal child custody.

FOURTH CAUSE OF ACTION

(Section 1983 claims against Counter-Defendant and both individual Cross-Defendants)

64.  All of the allegations contained within ¶¶ 1 through 63 above are incorporated herein by reference the same as if they had been fully set forth. (H.I.)

65.  Cross-Defendant State of Texas is the only party NOT included within this fourth (4th) cause of action, whereas the Counter-Defendant and individual Cross-Defendants are included.

66. Counter-Defendant Kelli Marie McKenzie has consistently demonstrated total disdain for court orders, the law, and my equal rights since the instant state case began, inflicting particularly troublesome irreparable injuries to my parent-child relationship, and has acted in concert with both of the individual Cross-Defendants, just like their predecessor agents before them, to continuously inflict the same false and irreparable injuries.

67. At all material times relevant herein, the individual Cross-Defendants, Wells and Hayes, acted with deliberate indifference to my well-established and fundamental rights of child custody as a natural parent citizen of the United States, and they knew already prior that they were intentionally violating all my related federal and state constitutional and statutory rights.

68. This Counter/Cross-Plaintiff, Lewis Brooks McKenzie, is therefore entitled to an award of compensatory damages for such injuries, for refund of all monies taken and/or lost due to such wholly void travesty of injustice against his fundamental rights, an appropriate award of civil damages for the false and tortious deprivation of his parent-child relationships, loss of society and companionship with his child in less than equal shares than that of the Counter-Defendant, and damages for being falsely threatened with arrest and jailing for extortion of my monies.

69. An appropriate award would include all amounts in falsely stolen monies taken or lost by the acts of the individual and professional parties herein, civil damages in the amount of no less than $10 million USD for false and tortious deprivations of parent-child relationships, and for general torture and manifest abuse by said actors, and punitive damages as may be appropriate.

**WHEREFORE**, Lewis Brooks McKenzie prays this Court issue a declaratory judgment finding that the original state court proceedings now removed are void for lack of pre-deprivation due process, that I was never lawfully reclassified as a "noncustodial" parent and that the State of Texas failed to ever first properly allege and adjudicate serious parental unfitness as

a legal prerequisite to any such reclassification of my own natural parent-child relationship, also for an appropriate civil damages awards in my favor against the individual Counter/Cross-Defendants (*i.e., not counting the State of Texas*) jointly and severally, also for declaratory relief against Cross-Defendant State of Texas enjoining its repugnant child custody statutes and statewide court practices of manifest unconstitutionality, also that the State of Texas would refund roughly $1.68B back to the United States, also for an appropriate Relator *qui tam* award, and this Relator further prays for all other relief true, just and proper in these premises.

Respectfully submitted,

Lewis Brooks McKenzie
4207 Bayside Court
Arlington, TX  76016
Tel:  (972) 837-5678
Email:  LBMTCU@gmail.com
*Counter/Cross-Plaintiff Party of Record*

## VERIFICATION

I hereby declare, verify, certify and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC § 1746, that all of the above and foregoing representations are true and correct to the best of my knowledge, information, and belief.

Duly executed at Arlington, Texas, upon this _____5th_____ day of February, 2026.

Lewis Brooks McKenzie

CERTIFICATE OF SERVICE

I hereby certify: that on this ____5th____ day of February, 2026, a true and complete copy of

the above *removal with complaint upon human trafficking, et seq.*, by depositing same with

standard Rule 4(d) Waiver of Service forms via certified first class postage prepaid mail, RRR

via USPS, has been duly served upon:

*(Statutory Intervenor/Plaintiff United States)*
The United States
c/o U.S. Attorney General Pam Bondi
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

*(Statutory Intervenor/Plaintiff United States)*
The United States
c/o U.S. Attorney Ryan R. Raybould
United States Department of Justice
Office of the U.S. Attorney TXND
1100 Commerce Street, Third Floor
Dallas, TX  75242-1699

*(Cross-Defendant State of Texas)*
State of Texas
c/o Secretary of State Executive Office
P.O. Box 12887
Austin, TX  78711-2887

*(Cross-Defendant State of Texas)*
State of Texas
c/o Attorney General W. Kenneth Paxton
c/o Holly L. Hayes, SBN 24110698
Child Support Division
2001 Beach Street, Suite 700
Fort Worth, TX  76103-2300

*(Cross-Defendant Judith G. Wells)*
Judith G. Wells, SBN 21150350
c/o 233th District Court of Tarrant County
Family Law Center
200 E. Weatherford Street, Fifth Floor
Fort Worth, TX  76196-0227

*(Cross-Defendant Holly L. Hayes)*
Holly L. Hayes, SBN 24110698
c/o Office of the Attorney General
Child Support Division
2001 Beach Street, Suite 700
Fort Worth, TX  76103-2300

*(Counter-Defendant Kelli Marie McKenzie)*
Kelli Marie (Rayburn) McKenzie
7913 Hannah Street
Plano, TX  75075-6203

_____
Lewis Brooks McKenzie

# Appendix A

```
               TARRANT COUNTY DISTRICT CLERK'S OFFICE          Page:    1
               ALL TRANSACTIONS FOR A CASE                     Date: 02/05/2026
                                                               Time: 11:33
------------------------------------------------------------------------------
           Cause Number: 233-651265-18   Date Filed: 11/05/2018
      KELLI MARIE MCKENZIE           v       LEWIS BROOKS MCKENZIE
                                     s
      Cause of Action: POST JUDGMENT TITLE IV-D
      Case Status....: REOPENED CASE
------------------------------------------------------------------------------
      Filemark   Description                                     Fee Total
------------------------------------------------------------------------------
1     11/05/2018 ORIG PET FOR DIV                           NUI   345.00
2     11/05/2018 PAYMENT RECEIVED TRANS #1                  Y     345.00
3     11/05/2018 Citation-ISSUED ON LEWIS BROOKS MCKENZIE-On NUI    8.00
      11/05/2018 11/08/2018
4     11/05/2018 PAYMENT RECEIVED TRANS #3                  Y       8.00
5     11/05/2018 T.R.O.-ISSUED ON LEWIS BROOKS MCKENZIE. H/R NUI    8.00
      11/05/2018 11/15/2018 - 09:00-On 11/08/2018
6     11/05/2018 PAYMENT RECEIVED TRANS #5                  Y       8.00
7     11/08/2018 TRO/ORD SET HRG FOR TEMP ORD -HRG 11/15/18 @9AM  UIM   0.00
8     11/12/2018 T.R.O. Tr# 5 RET EXEC(LEWIS BROOKS MCKENZIE) On 11 I  0.00
      11/12/2018 /09/2018
9     11/12/2018 Citation Tr# 3 RET EXEC(LEWIS BROOKS MCKENZIE) On  I   0.00
      11/12/2018 11/09/2018
10    11/14/2018 VACATION LETTER FROM ATTY KELLY DECKER     UI      0.00
11    11/14/2018 MOTION FOR CONTINUANCE                     I       0.00
12    11/15/2018 APPEARANCE - LEWIS BROOKS MCKENZIE         I       0.00
13    11/15/2018 ASSOCIATE'S JUDGE'S REPORT - 12/10/18 @ 9AM  IM    0.00
14    11/30/2018 COPIES - FAMILY                            N       1.50
15    11/30/2018 PAYMENT RECEIVED TRANS #14                 Y       1.50
16    11/30/2018 RESPONDENT'S ORIGINAL ANSWER - LEWIS BROOKS MCKENZ UI 0.00
17    12/10/2018 RULE 11 AGREEMENT                          UI      0.00
18    12/10/2018 APPEARANCE - LEWIS BROOKS MCKENZIE         I       0.00
19    12/10/2018 PRETRIAL CONF ORDER- FINAL 4/25/19 @ 9AM    IM     0.00
20    01/08/2019 10 DAY LETTER                              UI      0.00
21    01/08/2019 (ATTACHED)TEMPORARY ORDERS                 UI      0.00
22    01/10/2019 MOTION TO COMPEL MEDIATION & FOR SANCTIONS UI      0.00
23    01/10/2019 NOTICE OF HEARING - 1/22/19 @ 9AM          UIM     0.00
24    01/18/2019 TEMPORARY ORDER(S)                         UIM     0.00
25    03/05/2019 MOTION FOR CONTINUANCE TO MODIFY DISCOVERY CONTROL UI 0.00
      03/05/2019 PLAN
26    03/05/2019 NOTICE OF HEARING -3/15/19 @ 9AM           UIM     0.00
27    03/13/2019 SETTLEMENT LETTER                          UI      0.00
28    03/14/2019 RESP ORIG ANSWER- LEWIS MCKENZIE           UI      0.00
29    03/15/2019 DEMAND FOR JURY TRIAL                      UI      0.00
30    03/15/2019 JURY FEE                                   N      40.00
31    03/15/2019 PAYMENT RECEIVED TRANS #30                 Y      40.00
32    03/15/2019 PRE-TRIAL CONFERENCE ORD-FINAL 9/9/19 @9AM UIM     0.00
33    03/27/2019 CERTIFICATE OF WRITTEN DISCOVERY           UI      0.00
```

```
34   04/15/2019 RESP EMERGENCY MOT MOD TEMP ORD & APP FOR TRO E-LY NUI    30.00
35   04/15/2019 PAYMENT RECEIVED TRANS #34                     Y     30.00
36   04/15/2019 (ATTACHED) PROPOSED TRO (E-LY)                 I      0.00
37   04/15/2019 1ST AMENDED PETITION FOR DIVORCE              UI      0.00
38   04/15/2019 APPLICATION FOR PROTECTIVE ORDER              UI      0.00
39   04/15/2019 CITATION, PROTECTIVE ORDER                    NA      8.00
40   04/15/2019 SUBPOENA NOT ISSUED BY DC-JAMES ROST HRG      UI      0.00
41   04/15/2019 APPLICATION/MOTION-PROTECTIVE ORDER PENDING CASE N    16.00
42   04/15/2019 PETITION WRIT OF HABEAS CORPUS TO RETURN CHILD NUI    75.00
43   04/15/2019 PAYMENT RECEIVED TRANS #42                     Y     75.00
44   04/15/2019 WRIT OF ATTACHMENT                            NA      8.00
45   04/15/2019 PAYMENT RECEIVED TRANS #44                     Y      8.00
46   04/15/2019 AGREED ORDER                                  IM      0.00
47   04/16/2019 MOTION TO QUASH SUBPOENA,IN ALTERNATIVE, IN   UI      0.00
     04/16/2019 CAMERA INSPECTION AND PROTECTIVE ORDER
48   04/22/2019 CERTIFICATE OF WRITTEN DISCOVERY              UI      0.00
49   04/23/2019 (PROPOSED) NOTICE OF HEARING (E-LY)           UI      0.00
50   04/24/2019 NOTICE OF HEARING - 05/02/19 @ 1:30PM         UIM     0.00
51   04/29/2019 SUBPOENA REQUIRING APPR @ HRG & FOR PRODUCTION UI     0.00
     04/29/2019 OF DOCUMENTS OR TANGIBLE EVIDENCE
52   04/29/2019 2ND AMENDED PETITION FOR DIVORCE              UI      0.00
53   05/01/2019 COPIES - FAMILY                               N       1.00
54   05/01/2019 PAYMENT RECEIVED TRANS #53                    Y       1.00
55   05/01/2019 DOCKET SHEET                                  UI      0.00
56   05/01/2019 RESP MOTION FOR CHILD CUSTODY EVALUATION      UI      0.00
58   05/01/2019 CERTIFICATE OF ATTENDANCE - KELLI MARIE MCKENZIE  I   0.00
57   05/02/2019 ASSOCIATE JUDGE'S REPORT                      UIM     0.00
60   05/22/2019 CERTIFICATE OF ATTENDANCE - LEWIS BROOKS MCKENZIE I   0.00
59   05/23/2019 (PROPOSED) ADDITIONAL TEMPORARY ORDERS        UI      0.00
     05/23/2019 (E-LY0
61   05/28/2019 ADDITIONAL TEMPORARY ORDERS                   UIM     0.00
62   05/28/2019 ORDER FOR CUSTODY EVALUATION                  UIM     0.00
63   07/12/2019 CERTIFICATE OF WRITTEN DISCOVERY              UI      0.00
64   07/12/2019 AGREED MOTION FOR CONTINUANCE                 UI      0.00
65   07/29/2019 (PROP) AGREED ORDER ON MOTION FOR CONTINUANCE(E-LY UI 0.00
66   08/01/2019 TRIAL DOCKET EMAILED ON 8/1/2019              I       0.00
67   08/01/2019 ARG ORD ON MOT FOR CONTINUANCE - HRG 3/9/20 @9AM UIM  0.00
68   08/14/2019 MOTION FOR WITHDRAWAL OF COUNSEL              UI      0.00
69   08/14/2019 (PROPOSED) ORD ON MOT WITHDRAWAL COUNSEL (E-LY) UI    0.00
70   08/19/2019 ORD ON MOT FOR W/D OF COUNSEL -ROBERT ALDRICH UIM     0.00
71   08/20/2019 MOT FOR EX PARTE TRO, ADDL TEMPT ORDS & INTERIM NUI   30.00
     08/20/2019 ATTY'S FEES (EXTRAORDINARY RELIEF)
72   08/20/2019 PAYMENT RECEIVED TRANS #71                    Y      30.00
73   08/20/2019 Citation-ISSUED ON LEWIS BROOKS MCKENZIE-On   NUI     8.00
     08/20/2019 08/20/2019
74   08/20/2019 PAYMENT RECEIVED TRANS #73                    Y       8.00
75   08/20/2019 T.R.O.-ISSUED ON LEWIS BROOKS MCKENZIE. H/R   NUI     8.00
     08/20/2019 09/03/2019 - 09:30-On 08/20/2019
76   08/20/2019 PAYMENT RECEIVED TRANS #75                    Y       8.00
77   08/20/2019 CERTIFIED COPIES - FAMILY                     N       3.00
```

```
78    08/20/2019 PAYMENT RECEIVED TRANS #77                          Y       3.00
79    08/20/2019 EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER      UIM     0.00
      08/20/2019 SETTING HEARING FOR TEMPORARY ORDERS (EXTRAORDINAR
      08/20/2019 Y RELIEF)
80    08/23/2019 SUBPOENA NOT ISSUED BY DC-CUSTODIAN OF RECORDS      UI      0.00
81    08/26/2019 SUBPOENA NOT ISSUED BY DC - CRISTINA SALINAS -      UI      0.00
      08/26/2019 REQ APPR AT HRG & PROD OF DOC OR TANGIBLE EVIDENCE
82    08/28/2019 SUBPOENA REQUIRING APPEARANCE NOT ISSUED AT DC      UI      0.00
83    08/28/2019 T.R.O. Tr# 75 RET EXEC(LEWIS BROOKS MCKENZIE) On 0  UI      0.00
      08/28/2019 8/21/2019
84    08/28/2019 Citation Tr# 73 RET EXEC(LEWIS BROOKS MCKENZIE) On  UI      0.00
      08/28/2019  08/21/2019
85    08/29/2019 INVENTORY & APPRAISEMENT OF KELLI MARIE MCKENZIE    UI      0.00
86    09/03/2019 ASSOC JDG'S REPORT - DIVORCE                        UIM     0.00
87    10/16/2019 LETTER FORM MARY ABBOTT (E-LY)                      UI      0.00
88    10/25/2019 (PROP) SUPPLEMENTAL TEMP ORDERS (E-LY)              UI      0.00
89    10/28/2019 PAPER RECORDS DESTROYED                                     0.00
90    11/05/2019 SUPPLEMENTAL TEMP ORDERS                            UIM     0.00
91    11/07/2019 SUPPLEMENTAL TEMP ORDS                              UIM     0.00
92    11/11/2019 AGREED SCHEDULING ORDER                             UIM     0.00
93    11/14/2019 REQUEST FOR DE NOVO HEARING AND MOTION TO RETURN    UI      0.00
      11/14/2019 CASE TO THE DISTRICT COURT (NOT SIGNED BY ATTY)
94    11/14/2019 (PROP) NOTICE OF HEARING (E-LY)                     UI      0.00
95    11/25/2019 AMENDED REQ FOR DE NOVO HEARING AND MOTION TO       UI      0.00
      11/25/2019 RETURN CASE TO THE DISTRICT COURT
96    11/25/2019 NOT OF HRG 1/2/20 9A REQ FOR DE NOVO & REF TO DIST  UIM     0.00
      11/25/2019 CT
97    12/02/2019 PETITIONER'S MOTION TO COMPEL                       UI      0.00
98    12/02/2019 (PROP) NOTICE OF HEARING (E-LY)                     UI      0.00
99    12/03/2019 NOTICE OF HEARING 01/02/2020 @ 9:00 AM              UIM     0.00
100   12/03/2019 MOTION FOR ENFORCEMENT OF CHILD SUPPORT ORDER       NUI    30.00
101   12/03/2019 PAYMENT RECEIVED TRANS #100                         Y      30.00
102   12/03/2019 (PROP) NOTICE OF HEARING (E-LY)                     UI      0.00
103   12/03/2019 TARRANT COUNTY SERVICE REQUEST FORM                 UI      0.00
104   12/03/2019 Citation-ISSUED ON LEWIS BROOKS MCKENZIE-On         NUI     8.00
      12/03/2019 12/03/2019
105   12/03/2019 CITATION                                            NA      8.00
106   12/03/2019 PAYMENT RECEIVED TRANS #105                         Y       8.00
107   12/03/2019 PAYMENT RECEIVED TRANS #104                         Y       8.00
108   12/03/2019 CITATION Tr# 105                                    NA     -8.00
109   12/03/2019 SHOW CAUSE-ISSUED ON LEWIS BROOKS MCKENZIE. H/R     NAU     8.00
      12/03/2019 01/02/2020 - 09:00-On 12/03/2019
110   12/03/2019 NOTICE OF HEARING 1/2/20 9A MOT FOR ENF OF C/S      UIM     0.00
111   12/04/2019 SHOW CAUSE Tr# 109 RET EXEC(LEWIS BROOKS MCKENZIE)  I       0.00
      12/04/2019  On 12/03/2019
112   12/04/2019 Citation Tr# 104 RET EXEC(LEWIS BROOKS MCKENZIE) O  I       0.00
      12/04/2019 n 12/03/2019
113   12/20/2019 EXPERT WITNESS DESIGNATION                          UI      0.00
114   12/20/2019 RESP LEWIS BROOKS MCKENZIE'S DESIGNATION OF EXPERT  UI      0.00
115   12/20/2019 RULE 11 AGREEMENT (E-LY)                            UI      0.00
```

```
116   12/23/2019 MOTION FOR W/D OF COUSEL - MARY ABBOTT          UI        0.00
117   12/23/2019 (PROP) NOT OF HRG - 1/2/20 @ 9AM (E-LY)         UI        0.00
118   12/23/2019 NOTICE OF HEARING - 1/2/20 @ 9AM (E-LY)         UIM       0.00
119   01/02/2020 ORD HOLD RESP IN CONTEMPT FOR FAILURE TO PAY C/S, UIM     0.00
      01/02/2020 GRANTING JDGMT FOR ARREARAGES, & SUSPENDING COMMIT
      01/02/2020 MENT
120   01/03/2020 CONF LTR 1/9/20 1:30P MOTION TO COMPEL(E-LY)    UI        0.00
121   01/09/2020 ORIGINAL COUNTERPETITION FOR DIVORCE            NUI      75.00
122   01/09/2020 PAYMENT RECEIVED TRANS #121                     Y        75.00
123   01/09/2020 ORD GRANTING PET'S MOTION TO COMPEL             UIM       0.00
124   01/09/2020 ORD ON MOT FOR W/D OF COUNSEL - MARY ABBOTT     IM        0.00
125   01/10/2020 (PROP) INCOME WITHHOLDING FOR SUPPORT (E-LY)    UI        0.00
126   01/10/2020 INCOME WITHHOLDING FOR SUPPORT (CC: C/S)        UIM       0.00
127   01/13/2020 (PROP) NOT OF HEARING (E-LY)                    UI        0.00
128   01/13/2020 NOTICE OF PT CONF(JURY TRIAL)3/9/20 9A          UIM       0.00
129   01/23/2020 NOT OF APPR OF CO COUNSEL FOR LB MCKENZIE       UI        0.00
130   01/31/2020 TRIAL DOCKET 03/09/2020                         UIM       0.00
131   01/31/2020 TRIAL DOCKET 03/09/2020 EMAILED ON 02/05/2020   UI        0.00
132   02/05/2020 NOTICE OF FILING OF BUSINESS RECORDS AFFIDAVIT  UI        0.00
133   02/05/2020 AFFIDAVIT OF BUSINESS RECORDS                   UI        0.00
134   02/07/2020 INVENTORY & APPRAISEMENT OF K MCKENZIE          UI        0.00
135   02/07/2020 CERTIFICATE OF WRITTEN DISCOVERY                UI        0.00
136   02/07/2020 RESP'S CERT OF WRITTEN DISCOVERY DIRECT TO PET  UI        0.00
137   02/10/2020 NOT OF FILING OF BUSINESS RECORDS AFFIDAVIT     UI        0.00
138   02/10/2020 AFFIDAVIT FOR BUSINESS RECORDS                  UI        0.00
139   02/19/2020 NOTICE OF FILING BUSINESS RECORDS AFFIDAVIT     UI        0.00
140   02/19/2020 BUSINESS RECORDS AFFIDAVIT                      UI        0.00
141   02/19/2020 ATTY OOSTDYK ISSUED SUBPOENA TO COMPEL PRODUCTION UI      0.00
      02/19/2020 OF DOCUMENTS AND TANGINBLE THINGS
142   02/20/2020 MOTION TO APPR TELEPHONICALLY                   UI        0.00
143   02/20/2020 (PROP) ORD ON MOT TO APPR TELEPHONICALLY (E-LY) UI        0.00
144   02/24/2020 ATTY KING ISSUED SUBPOENA TO APPEAR AND TESTIFY AT UI     0.00
      02/24/2020 TRIAL
145   02/24/2020 MOTION IN LIMINE                                UI        0.00
146   02/26/2020 SUBPOENA NOT ISSUED BY DC - TWILA MEYER         UI        0.00
147   02/26/2020 3RD AMEND PET FOR DIVORCE                       UI        0.00
148   02/27/2020 PET'S WITNESS LIST                              UI        0.00
149   02/27/2020 EXHIBIT LIST                                    UI        0.00
150   02/27/2020 LEWIS BROOKS MCKENZIE WITNESS LIST              UI        0.00
151   02/27/2020 LEWIS BROOKS MCKENZIE EXHIBIT LIST              UI        0.00
152   02/27/2020 ORD ON MOT TO APPEAR TELEPHONICALLY (DENIED)    UI        0.00
153   02/27/2020 SUBPOENA NOT ISSUED BY DC - LAKITA RICHARDSON   UI        0.00
154   02/27/2020 ORDER ON MOTION IN LIMINE                       UIM       0.00
177   02/28/2020 TRIAL SUBPOENA - CUS OF REC CHRISTINA SALINAS   UI        0.00
      02/28/2020 APPEAR AND TESTIFY AT TRIAL AND PRODUCTION OF TANG
      02/28/2020 IBLE EVIDENCE
178   02/28/2020 SUBPOENA NOT ISSUED BY DC - CHRISTINA SALINAS   UI        0.00
155   03/02/2020 SUBPOENA NOT ISSUED BY DC - CRYSTAL CELERIER    UI        0.00
156   03/03/2020 SUBPOENA NOT ISSUED BY DC - JEFF SABOLD         UI        0.00
157   03/03/2020 SUBPOENA NOT ISSUED BY DC - CUST REC CHRIST CHAP UI       0.00
```

```
        03/03/2020 BIBLE CHURCH
158     03/03/2020 SUBPOENA NOT ISSUED BY DC - CUST REC BAYLOR HEALTH UI      0.00
176     03/03/2020 SUBPOENA NOT ISSUED BY DC - JEFFREY SABOLD        UI        0.00
159     03/06/2020 ATTY KING ISSUED SUBPOENA TO APPR AND TESTIFY AT  UI        0.00
        03/06/2020 TRIAL-D ROW
160     03/06/2020 SUBPOENA NOT ISSUED BY DC - CRYSTAL CELERIER      UI        0.00
161     03/06/2020 SUBPOENA NOT ISSUED BY DC - SAMANTHA ERAKOVICH    UI        0.00
162     03/09/2020 SUBPOENA NOT ISSUED BY DC - JEFFREY SABOLD        UI        0.00
163     03/09/2020 SUBPOENA NOT ISSUED BY DC - DEEANNE ROW           UI        0.00
164     03/10/2020 MOT TO REVOKE SUSPENSION OF COMMITMENT (E-LY)     NI       15.00
165     03/10/2020 PAYMENT RECEIVED TRANS #164                       Y        15.00
166     03/10/2020 CITATION                                          NA        8.00
167     03/10/2020 PAYMENT RECEIVED TRANS #166                       Y         8.00
170     03/11/2020 ORD TO APPR 3/27/20 9A MOT TO REVOKE SUSPENSION OF UIM      0.00
        03/11/2020 COMMITMENT
168     03/12/2020 CITATION Tr# 166                                  NA       -8.00
169     03/12/2020 SHOW CAUSE-ISSUED ON LEWIS BROOKS MCKENZIE. H/R   NAU       8.00
        03/12/2020 03/27/2020 - 09:00-On 03/12/2020
171     03/12/2020 SUBPOENA NOT ISSUED BY DC - KRISTE MORON          UI        0.00
172     03/13/2020 NOT OF FILING OF BUSINESS RECS AFFIDAVIT          UI        0.00
173     03/13/2020 MEDICAL RECORDS AFFIDAVIT                         UI        0.00
174     03/13/2020 SUBPOENA NOT ISSUED BY DC - TWILA MEYER           UI        0.00
179     03/16/2020 SHOW CAUSE Tr# 169 RET EXEC(LEWIS BROOKS MCKENZIE) I        0.00
        03/16/2020  On 03/14/2020
180     03/16/2020 ATTY MARTIN ISSUED SUBPOENA-J ROST                UI        0.00
175     03/17/2020 RULE 11 AGREEMENT (E-LY)                          UI        0.00
181     04/06/2020 IV-D INTERVENTION                                 NUI      75.00
182     04/20/2020 CONF LTR 5/15/20 9A MOTION TO REVOKE(E-LY)        UI        0.00
183     05/12/2020 MOT FOR LEAVE OF COURT TO SUPPLEMENT DISCOVERY    UI        0.00
        05/12/2020 RESPONSES AND AMEND EXHIBIT LIST
184     05/20/2020 CONFIRMATION LETTER - 5/27/20 @ 1030AM/ZOOM (E-LY) UI       0.00
185     05/27/2020 CONFIRMATION LETTER - 6/8/20 @ 11AM (E-LY)        UI        0.00
186     05/28/2020 CERTIFICATE OF WRITTEN DISCOVERY                  UI        0.00
187     05/28/2020 EXHIBIT LIST                                      UI        0.00
188     05/29/2020 (PROP) ORDER GRANTING MOTION FOR LEAVE OF COURT   UI        0.00
        05/29/2020 (E-LY)
189     05/29/2020 ORD GRANT MOT FOR LEAVE OF COURT                  UIM       0.00
190     05/29/2020 MOTION TO MODIFY TEMPORARY ORDERS                 NUI      30.00
191     05/29/2020 PAYMENT RECEIVED TRANS #190                       Y        30.00
192     06/01/2020 ANSWER TO MOT TO REVOKE SUSPENSION OF COMMITMENT  UI        0.00
193     06/04/2020 CONF LRT 10/12/20 9A-JURY TRIAL(E-LY)             UI        0.00
194     06/04/2020 CERTIFICATE OF CONFERENCE                         UI        0.00
195     06/16/2020 PTNR'S MOTION TO APPT NEW CHILD CUSTODY EVALUATOR UI        0.00
196     06/16/2020 NOTICE OF HEARING - 6/30/20 @ 9AM/ZOOM           UIM       0.00
197     06/17/2020 AG PAYMENT, for transaction 181, dated 04/06/2020 Y        9.90
198     06/22/2020 ATTY KING ISSUED SUBPOENA REQUIRING APPEARANCE    UI        0.00
        06/22/2020 AT HEARING-S NEWMAN 6/30/20 9A ZOOM
199     06/22/2020 (PROP) ORDER SUSPENDING COMMITMENT AND EXTENDING  UI        0.00
        06/22/2020 COMMUNITY SUPERVISION(E-LY)
200     06/22/2020 ORD SUSPENDING COMMITMENT & EXTENDING COMMUNITY   UIM       0.00
```

```
            06/22/2020 SUPERVISION
201    06/29/2020 SUBPOENA NOT ISSUED BY DC - TWILA MEYER          UI      0.00
202    06/29/2020 MOTION TO RECUSE JUDGE                           UI      0.00
203    06/29/2020 (PROP) ORD ON MOT TO RECUSE JUDGE (E-LY)         UI      0.00
204    06/30/2020 (PROP) JUDGEMENT FOR ATTY'S FEES (E-LY)          UI      0.00
205    07/01/2020 JUDGMENT FOR ATTY'S FEES                         UIM     0.00
206    07/01/2020 ORDER OF REFERRAL                                UIM     0.00
207    07/02/2020 EMAIL RE SIGNED ORD OF REFERRAL                  I       0.00
213    07/20/2020 ORDER RESETTING HEARING - 8/12/20 @ 2PM/ZOOM     UIM     0.00
214    07/21/2020 ORD SET VIDEO CONFERENCE HRG - 7/29/20 @ 10A/ZOOM UIM    0.00
208    07/28/2020 RESPONSE TO MOTION TO RECUSE JUDGE AND MOTION FOR UI     0.00
       07/28/2020 SANCTIONS
209    07/29/2020 NOTICE OF NONSUIT OF MOTION TO RECUSE JUDGE      UI      0.00
210    07/29/2020 (PROP) ORD ON NOTICE OF NONSUIT (E-LY)           UI      0.00
211    07/29/2020 RULE 11 AGREEMENT (E-LY)                         UI      0.00
212    07/30/2020 DEPUTY REPORTER LOG                              UI      0.00
215    08/06/2020 ORD DENYING MOTION TO RECUSE JUDGE               UIM     0.00
216    09/09/2020 1ST SUPPLEMENTAL MOTION FOR LEAVE OF COURT TO    UI      0.00
       09/09/2020 SUPPLEMENT DISCOVERY RESPONSES & AMEND EXHIBIT LIS
       09/09/2020 T
217    10/02/2020 (PROP) ORD ON MOT FOR W/D OF COUNSEL (E-LY)      UI      0.00
218    10/02/2020 MOTION FOR W/D OF COUNSEL - CW MARTIN            UI      0.00
219    10/06/2020 10 DAY LETTER (E-LY)                             UI      0.00
220    10/08/2020 PTNR'S 1ST AMEND MOT TO APPOINT NEW CHILD CUSTODY UI     0.00
       10/08/2020 EVALUATOR & TO ENTER ORD FOR FCS
221    10/15/2020 (PROP) NOT OF HRG - 11/19/20 @ 11A/ZOOM (E-LY)   UI      0.00
222    10/15/2020 NOTICE OF HEARING 11/19/2020 @ 11 AM - ZOOM      IM      0.00
223    10/19/2020 ORD ON MOT FOR W/D OF COUNSEL - ATTY MARTIN      IM      0.00
224    10/21/2020 ENTRY OF APPEARANCE - JENNIFER SCHERF            UI      0.00
225    10/21/2020 (PROP) ORD ON MOT FOR APPT OF AMICUS ATTY FOR    UI      0.00
       10/21/2020 CHILD (E-LY)
226    10/21/2020 MOT FOR APPT OF AMICUS ATTY FOR CHILD            UI      0.00
227    10/22/2020 NOTICE OF FILING                                 UIM     0.00
228    11/05/2020 AMEND MOT FOR APPT OF AMICUS ATTY FOR CHILD      UI      0.00
229    11/12/2020 MOT TO MOD TEMP ORDERS                           NUI     30.00
230    11/12/2020 PAYMENT RECEIVED trans #229                      Y       30.00
231    11/12/2020 NOT OF HRG(ZOOM) - 11/19/20 @11AM                IM      0.00
232    11/30/2020 EMAIL REGARDING 2ND ORD FOR SUPERVISED VISITATION I      0.00
233    11/30/2020 EMAIL REGARDING 2ND ORD FOR SUPERVISED VISITATION I      0.00
234    11/30/2020 2ND ORD FOR SUPERVISED VISITATION AT THE         IM      0.00
       11/30/2020 VISITATION CENTER
235    12/01/2020 (PROPOSED) TEMP CHILD SUPPORT ORDERS (E-LY)      UI      0.00
236    12/08/2020 (PROP) ORD APPOINT AMICUS ATTY (E-LY)            UI      0.00
237    12/09/2020 ORDER APPOINTING AMICUS ATTY - ATTY ORTH         IM      0.00
238    12/16/2020 TEMPORARY CHILD SUPPORT ORDERS                   UIM     0.00
239    12/23/2020 MOTION FOR SUBSTITUTION OF COUNSEL               UI      0.00
240    12/23/2020 (PROP) AGREED ORD ON MOT FOR SUBSTITUTION OF (E-LY UI    0.00
       12/23/2020 COUNSEL
241    12/29/2020 AGREED ORD ON MOT FOR SUB OF COUNSEL- J JACOBSON UIM     0.00
242    12/29/2020 EMAIL FROM COURT COORDINATOR TO PARTIES RE:ORDER I       0.00
```

```
      12/29/2020 FOR SUB OF COUNSEL
243   01/22/2021 CONFIRMATION LETTER - 8/16/21 @ 9A (E-LY)        UI      0.00
244   01/25/2021 CONFIRMATION LETTER - 9/13/21 @ 9AM (E-LY)       UI      0.00
245   02/25/2021 MOTION TO TRANSFER                               NUI    15.00
246   02/25/2021 PAYMENT RECEIVED trans #245                      Y      15.00
247   02/25/2021 (PROPOSED) AGREED ORD ON MOT TO TRANSFER (E-LY)  UI      0.00
248   03/01/2021 (PROPOSED) AMENDED ORD ON MOT TO TRANSFER (E-LY) UI      0.00
249   03/08/2021 NOT OF HRG(ZOOM) - 3/30/21 @930AM                UIM     0.00
250   03/17/2021 RESPONSE TO MOT TO TRANSFER VENUE                UI      0.00
251   03/22/2021 AMENDED MOTION TO TRANSFER                       UI      0.00
252   04/05/2021 (PROPOSED) ORDER DENYING RESP'S MOTION TO TRANSFER UI    0.00
      04/05/2021 VENUE (E-LY)
253   04/06/2021 ORD DENYING RESP'S MOT TO TRANSFER VENUE         UIM     0.00
254   07/01/2021 NOTICE OF CURRENT ADDRESS OF PETITIONER          UI      0.00
255   07/21/2021 NTC OF PRETRIAL CONF (JURY TRIAL)-9/13/21 @9AM   UIM     0.00
256   07/21/2021 EMAIL FROM COORDINATOR RE: PRETRIAL CONFERENCE   I       0.00
257   07/21/2021 MOTION FOR RECUSAL/DISQUALIFICATION              UI      0.00
258   07/30/2021 ORDER OF REFERRAL                                UIM     0.00
259   08/03/2021 OBJ TO JUDGES & TARRANT COUNTY                   UI      0.00
260   08/06/2021 2ND SUPP MTN FOR LEAVE OF COURT TO SUPPLEMENT DISC UI    0.00
      08/06/2021 RESPONSES AND AMEND EXHIBIT LIST
261   08/06/2021 CONFIRMATION LETTER - 8/11/21 @1:30PM (E-AW)     UI      0.00
262   08/10/2021 MOTION FOR W/D OF COUNSEL - J SCHERF             UI      0.00
263   08/10/2021 (PROPOSED)ORDER ON MOTION FOR W/D OF COUNSEL     UI      0.00
268   08/10/2021 ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE       UIM     0.00
267   08/11/2021 ORDER SETTING TELEPHONIC HEARING - 8/17/21 @915AM UIM    0.00
264   08/12/2021 AGREED MOTION FOR W/D OF COUNSEL - J SCHERF      UI      0.00
265   08/12/2021 CHANGE OF ADDRESS - LEWIS MCKENZIE               UI      0.00
266   08/12/2021 REQUEST FOR ZOOM HEARING                         UI      0.00
271   08/13/2021 ORDER                                            UIM     0.00
269   08/19/2021 OBJECTION/REPONSE TO RECUSAL/DISQUALIFICATION HRG UI     0.00
270   08/20/2021 ORD ON MOT FOR W/D OF COUNSEL - JENNIFER SCHERF  UIM     0.00
286   08/20/2021 ORD DENY MOT FOR RECUSAL/DISQUALIFICATION OF JUDGE UIM   0.00
      08/20/2021 KENNETH NEWELL & ASSOCIATE JUDGE KATE STONE
272   08/23/2021 NTC OF PRETRIAL CONF (JURY TRIAL) - 8/26/21 @8:30A IM    0.00
273   08/23/2021 EMAIL FROM COORDINATOR RE: PRETRIAL CONFERENCE   I       0.00
274   08/25/2021 CERTIFIED COPIES - FAMILY                        N     162.00
275   08/25/2021 PAYMENT RECEIVED trans #274                      Y     162.00
276   08/25/2021 PTNR'S WITNESS LIST                              UI      0.00
277   08/25/2021 EXHIBIT LIST                                     UI      0.00
278   08/26/2021 ORD GRANT 2ND SUPP MOTION FOR LEAVE OF COURT     UIM     0.00
279   08/26/2021 DEPUTY REPORTER STATEMENT                        I       0.00
280   08/27/2021 ATTY ISSUED SUBPOENA TO APPEAR AND TESTIFY AT    UI      0.00
      08/27/2021 TRIAL - TWILA MEYER
281   08/27/2021 AMICUS ATTY'S WITNESS LIST                       UI      0.00
282   08/27/2021 AMICUS ATTY'S WITNESS LIST                       UI      0.00
283   08/27/2021 AMICUS ATTY'S EXHIBIT LIST                       UI      0.00
284   08/30/2021 INVENTORY AND APPRAISEMENT OF KELLI MARIE        UI      0.00
      08/30/2021 MCKENZIE
285   08/30/2021 DEPUTY REPORTER LOG                              I       0.00
```

| | | | |
|---|---|---|---|
| 287 | 09/02/2021 STATES EXHIBIT LIST | UI | 0.00 |
| 288 | 09/07/2021 MOTION TO APPEAR TELEPHONICALLY OR VIA ZOOM | UI | 0.00 |
| 289 | 09/07/2021 CONFIRMATION LETTER - 9/13/21 @ 9A | UI | 0.00 |
| 290 | 09/10/2021 (PROP) FINAL DECREE OF DIVORCE (E-AW) | UI | 0.00 |
| 291 | 09/10/2021 (PROP) ORD GRANT MOT TO APPR TELEPHONICALLY OR VIA 09/10/2021 ZOOM | UI | 0.00 |
| 293 | 09/10/2021 *CT/APPEALS (ORIG PROC) PET/MAND FILED | I | 0.00 |
| 292 | 09/13/2021 AMICUS ATTY'S WITNESS LIST | UI | 0.00 |
| 294 | 09/16/2021 *CT/APPEALS (ORIG PROC) PET/MAND DENIED | I | 0.00 |
| 295 | 09/30/2021 CONFIRMATION LETTER - 10/27/21 @ 10A | UI | 0.00 |
| 296 | 10/25/2021 OBJECTIONS | UI | 0.00 |
| 297 | 10/25/2021 (ATTACHED) COURT OF APPEALS OPINION | I | 0.00 |
| 298 | 10/27/2021 CERTIFIED COPIES - FAMILY | N | 48.00 |
| 299 | 10/27/2021 PAYMENT RECEIVED trans #298 | Y | 48.00 |
| 300 | 10/27/2021 INCOME WITHHOLDING FOR SUPPORT (CC:CS) | UIM | 0.00 |
| 301 | 10/27/2021 FINAL DECREE OF DIVORCE | UIM | 0.00 |
| 302 | 10/27/2021 AUSTIN FORM (SENT 10/28/21) | UI | 0.00 |
| 303 | 10/27/2021 *****************CASE CLOSED****************** | | 0.00 |
| 304 | 10/28/2021 Adjustment for # 39 service doc never issued | NA | -8.00 |
| 305 | 10/29/2021 Adjustment for # 44 service document never issued | NA | -8.00 |
| 306 | 10/29/2021 Refund Request Form-Created on 10/29/2021 | UI | 0.00 |
| 307 | 11/02/2021 Accounting notification from #306 | | 0.00 |
| 308 | 11/15/2021 REQUEST FOR FINDINGS OF FACT & CONCLUSIONS OF LAW 11/15/2021 (E-AW) | UI | 0.00 |
| 309 | 11/30/2021 EFILE Refund #E032765562-0 Check # 52922 | Y | -8.00 |
| 310 | 12/06/2021 (PROPOSED) FINDINGS OF FACT PROVIDED IN RESPONSE 12/06/2021 TO THE REQUEST OF LEWIS BROOK MCKENZIE (E-AW) | UI | 0.00 |
| 311 | 12/16/2021 OBJ TO RESPONSE TO REQ FOR FINDINGS OF FACT 12/16/2021 & CONCLUSIONS OF LAW | UI | 0.00 |
| 312 | 12/16/2021 ADDL OR AMEND FINDINGS OF FACT & CONCLUSIONS OF 12/16/2021 LAW (E-AW) | UI | 0.00 |
| 313 | 01/11/2023 IV-D (PROPOSED) ORDER TO APPEAR & SHOW CAUSE | UI | 0.00 |
| 314 | 01/11/2023 IV-D TARRANT COUNTY SERVICE REQUEST FORM | UI | 0.00 |
| 315 | 01/11/2023 IV-D Citation-ISSUED ON KELLI MARIE RAYBURN-On 01/11/2023 01/17/2023 | NUI | 8.00 |
| 316 | 01/11/2023 IV-D TARRANT COUNTY SERVICE REQUEST FORM | UI | 0.00 |
| 317 | 01/11/2023 IV-D Citation-ISSUED ON LEWIS BROOKS MCKENZIE-On 01/11/2023 01/17/2023 | NUI | 8.00 |
| 318 | 01/11/2023 IV-D SHOW CAUSE-ISSUED ON LEWIS BROOKS MCKENZIE. 01/11/2023 H/R 04/18/2023 - 08:15-On 01/17/2023 | NUI | 8.00 |
| 319 | 01/11/2023 IV-D MOTION FOR ENFORCEMENT OF C/S AND M/S | NUI | 30.00 |
| 320 | 01/12/2023 IV-D ORDER TO APPEAR & SHOW CAUSE (4/18/23 @ 8:15) | UIM | 0.00 |
| 321 | 02/07/2023 IV-D Citation Tr# 315 RET EXEC(KELLI MARIE RAYBURN 02/07/2023 ) On 01/27/2023 | UI | 0.00 |
| 322 | 02/28/2023 IV-D CITATION RETURN - LBM | UI | 0.00 |
| 323 | 02/28/2023 IV-D Citation Tr# 317 RET EXEC(LEWIS BROOKS MCKENZ 02/28/2023 IE) On 02/07/2023 | UI | 0.00 |
| 324 | 03/06/2023 OBJECTION AND RESPONSE TO MOT FOR ENFORCEMENT OF 03/06/2023 CHILD SUPPORT AND MEDICAL SUPPORT | UI | 0.00 |
| 325 | 04/17/2023 NOTICE OF REMOVAL TO THE US DISTRICT COURT | UI | 0.00 |

```
326  04/17/2023 (ATTACH) ATTACHMENT STATE NOTICE REMOVAL         UI     0.00
327  04/18/2023 ORDER FOR ISSUANCE OF CAPIAS|$2500|LBM           UIM    0.00
328  04/20/2023 AG PAYMENT, for transaction 319, dated 01/11/2023  Y    9.90
329  04/20/2023 AG PAYMENT, for transaction 317, dated 01/11/2023  Y    5.28
330  04/20/2023 AG PAYMENT, for transaction 318, dated 01/11/2023  Y    5.28
331  04/20/2023 AG PAYMENT, for transaction 315, dated 01/11/2023  Y    5.28
332  04/20/2023 APPEARANCE - KELLI MARIE MCKENZIE                 UI     0.00
333  04/25/2023 IV-D Capias Bond/Warrant-ISSUED ON MCKENZIE,      NUI    8.00
     04/25/2023 LEWIS BROOKS  706 W 4TH ST-On 04/25/2023
334  04/26/2023 CAPIAS BOND/WARRANT CHECKED OUT for # 333                0.00
335  05/03/2023 RESP'S EMERGENCY SPECIAL APPEARANCE, MOTION TO    UI     0.00
     05/03/2023 QUASH VOID ORDERS ATTEMPTED DURING REMOVAL AND NOT
     05/03/2023 ICE OF SPECIAL PRO S
     05/03/2023 E LITIGANT RIGHTS
336  05/05/2023 MOTION FOR SANCTIONS                              UI     0.00
337  05/16/2023 IV-D MTN TO W/D CAPIAS                            UI     0.00
338  05/23/2023 STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT UI     0.00
     05/23/2023 COSTS OR AN APPEAL BOND
339  05/23/2023 IV-D THE AG'S NOTICE OF DESIGNATION OF COUNSEL    UI     0.00
340  05/23/2023 IV-D NOT OF INTENT TO FILE RESPONSE TO RESPONDENT' UI    0.00
     05/23/2023 S PLEADINGS
341  06/09/2023 COPIES - ELECTRONIC (1-10 PAGES)                  N      1.00
342  06/26/2023 AG PAYMENT, for transaction 333, dated 04/25/2023  Y     5.28
343  08/02/2023 LETTER FROM US DISTRICT COURT/ORD ACCEPTING       UI     0.00
     08/02/2023 FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE US
     08/02/2023 MAGISTRATE JUDGE/
     08/02/2023 civil docket for case # 4:23-cv-00371-O
344  08/07/2023 *NOTICE OF FEDERAL APPEAL (NOT FOR THE COA)       UI     0.00
345  08/08/2023 APPEALS ACTION                                    NA    80.00
346  08/09/2023 Adjustment for # 345 incurred in error/not an appe NA  -80.00
347  01/12/2024 IV-D COLLIN CNTY CASH BOND DEPOSIT INFO (LBM)     UI     0.00
348  01/17/2024 CASH BOND --LEWIS BROOKS MCKENZIE                 YUI  2,500.00
349  01/18/2024 Registry notification from #348                          0.00
350  01/18/2024 Registry Investment                              Y    -2,500.00
351  01/22/2024 IV-D OFFICE OF AG'S NOT & BRIEF TO THE CRT REGAR T UI    0.00
     01/22/2024 HE ISSUANCE OF A CAPIAS WARRANT
352  02/05/2024 SHERIFF STATUS RESPONSE I/C COLLIN CO 12/20/2023  UI     0.00
     02/05/2024 BONDED  12/21/2023
353  02/14/2024 IV-D THE OAG'S RESP & PLEA TO THE JURISDICTION TO UI     0.00
     02/14/2024 RESP'S OBJ & RESP TO MTN FOR ENFORCEMENT OF C/S &
     02/14/2024 MEDICAL SUPPORT
354  02/14/2024 IV-D THE OAG'S RESP TO RESP'S EMERGENCY SPECIAL   UI     0.00
     02/14/2024 APPEARANCE, MTN TO QUASH VOID ORDS ATTEMPTED DURIN
     02/14/2024 G REMOVAL, & NOT OF
     02/14/2024 SPECIAL PRO SE LITIGANT RIGHTS
355  02/14/2024 IV-D OAG'S RESP'S MTN FOR SANCTIONS               UI     0.00
356  02/15/2024 IV-D ORDER TO APPEAR AND SHOW CAUSE 4/18/2024 @815 UIM   0.00
357  02/20/2024 IV-D SERVICE REQUEST FORM                         UI     0.00
358  02/20/2024 IV-D Citation-ISSUED ON LEWIS BROOKS MCKENZIE-On  NUI    8.00
     02/20/2024 02/20/2024
```

```
359   02/20/2024 IV-D SHOW CAUSE-ISSUED ON LEWIS BROOKS MCKENZIE.   NUI    8.00
      02/20/2024 H/R 04/18/2024 - 08:15-On 02/20/2024
360   04/17/2024 MOTION FOR RECUSAL/DISQUALIFICATION/SANCTIONS/INJ   UI     0.00
      04/17/2024 RELIEF/AND RETURN OF CASH BOND
361   04/18/2024 ORDER OF REFERRAL (JUDGE NEWELL)                   UIM    0.00
362   04/18/2024 ORDER OF REFERRAL(JUDGE STONE)                     UIM    0.00
363   04/22/2024 IV-D ORDER OF REFFERAL (JUDGE JENKINS)             UIM    0.00
364   04/23/2024 IV-D RESP TO RESP'S 2ND MOT/SANCTIONS, INJ RELIEF  UI     0.00
      04/23/2024 & RET OF CASH BOND
365   04/29/2024 4/25/24 ORDER SETTING HEARING 5/16/24 @130P        UIM    0.00
366   05/06/2024 MOTION FOR RECUSAL/DISQUALIFICATION                UI     0.00
367   05/07/2024 IV-D CITATION #358                                 UI     0.00
368   05/07/2024 IV-D Citation Tr# 358 RET EXEC(LEWIS BROOKS MCKENZ UI     0.00
      05/07/2024 IE) On 04/17/2024
369   05/07/2024 IV-D SHOW CAUSE #359                               UI     0.00
370   05/07/2024 IV-D SHOW CAUSE Tr# 359 RET EXEC(LEWIS BROOKS MCKE UI     0.00
      05/07/2024 NZIE) On 04/17/2024
371   05/08/2024 AG PAYMENT, for transaction 358, dated 02/20/2024  Y      5.28
372   05/08/2024 AG PAYMENT, for transaction 359, dated 02/20/2024  Y      5.28
373   05/15/2024 AMENDED MOTION FOR RECUSAL/DISQUALIFICATION        UI     0.00
374   05/17/2024 ORDER SUMMARILY DENYING MTN FOR RECUSAL/DISQUALIFI UIM    0.00
      05/17/2024 CATION OF JUDGE DAVID L EVANS
375   05/17/2024 NOTICE OF VACATION(E-AW)                           UI     0.00
376   05/21/2024 ORDER OF REFERRAL(SIGNED 5/13/24)                  UIM    0.00
377   05/21/2024 ORDER OF REFERRAL(SIGNED 5/17/24)                  UIM    0.00
378   05/21/2024 ORD SUMMARILY DENY AMEND MOT FOR RECUSAL/DISQUAL   UIM    0.00
      05/21/2024 OF JUDGE DAVID L EVANS
379   05/24/2024 5/22/24 ORD SETTING HRG - 6/18/24 @ 230P           UIM    0.00
380   06/03/2024 IV-D OFFICE OF AG RESP TO RESP MOT TO RECUSE JDG   UI     0.00
      06/03/2024 KENNETH NEWELL KATE STONE & CHERAMI JENKINS
381   06/11/2024 2ND AMEND MTN FOR RECUSAL/DISQUALIFICATION OF      UI     0.00
      06/11/2024 JUDGE EVANS
382   06/11/2024 (ATTACHED)NOT OF CONSTITUTIONAL CHALLENGES TO      I      0.00
      06/11/2024 STATE STATUTORY SCHEMES
383   06/11/2024 (ATTACHED)AFFD IN SUPPORT OF CRIMINAL COMPLAINT    I      0.00
384   06/11/2024 (ATTACHED)NOTARIZED STATEMENT FROM D.L.M           I      0.00
      06/11/2024 CPS FAMILY MEETING
385   06/11/2024 (ATTACHED)NOTARIZED STATEMENT OF REX DOWNING       I      0.00
386   06/17/2024 IV-D VAC LTR (JODY SOUDDRESS)                      UI     0.00
387   06/24/2024 ORDER OF REFERRAL (SIGNED 6/14/24)                 UIM    0.00
388   07/17/2024 ORD SUMMARILY DENYING 2ND AMENDED MOT FOR RECUSAL  UIM    0.00
      07/17/2024 DISQUALIFICATION OF JUDGE EVANS
389   07/26/2024 MOT FOR RECUSAL/DISQUALIFICATION OF RETIRED        UI     0.00
      07/26/2024 JUDGE JUDITH WELLS & LAME DUCK JUSTICE NATHAN HECH
      07/26/2024 T, STAND OBJ TO
      07/26/2024 unelectable judges, writ of prohibition, not of re
      07/26/2024 tained mediator=
      07/26/2024 arbitrator & evidence of widespread election fraud
      07/26/2024  in tc, tx
390   07/30/2024 (7/29)ORDER OF RECUSAL                             UIM    0.00
```

```
391   07/30/2024 ORDER OF REFERRAL                              UIM      0.00
392   07/30/2024 NOT EMERGENCY VAC & OTHER (L BROOK MCKENZIE)   UI       0.00
393   08/01/2024 SUMMARY DENIAL ORDER (SIGNED 7/30/24)          UIM      0.00
394   08/01/2024 ORD RECUSAL (SIGNED 7/31/24)                   UIM      0.00
395   08/05/2024 (7/23)ORD OF ASSIGNMENT                        UIM      0.00
396   08/29/2024 MOT FOR CONTINUANCE                            UI       0.00
397   09/03/2024 ORD ON MOT TO RECUSE (SGND 8/29/24)            UIM      0.00
398   09/27/2024 ORD OF ASSIGN BY PRESIDING JUDGE - JUDGE EVANS UIM      0.00
      09/27/2024 SIGNED 9/23/24
399   12/18/2024 IV-D AG'S NOT OF SUB/DESIGNATION OF COUNSEL-ATTY UI     0.00
      12/18/2024 LONGHOFER
400   02/20/2025 IV-D ORD TO APPEAR | 4/25/25 @10AM             UIM      0.00
      02/20/2025 SIGNED 2/13/25
401   02/25/2025 IV-D SERVICE REQUEST FORM (EM:DOC PROD)        UI       0.00
402   02/25/2025 IV-D Citation-ISSUED ON LEWIS BROOKS MCKENZIE-On NUI    8.00
      02/25/2025 02/26/2025
403   02/25/2025 IV-D SHOW CAUSE-ISSUED ON LEWIS BROOKS MCKENZIE. NUI    8.00
      02/25/2025 H/R 04/25/2025 - 10:00-On 02/26/2025
404   03/28/2025 NOTICE OF VACATION-LEWIS BROOKS MCKENZIE(EM:TEGAN) UI   0.00
406   04/10/2025 IV-D Citation Tr# 402 RET UNEXEC(LEWIS BROOKS MCKE UI   0.00
      04/10/2025 NZIE) On 04/10/2025
409   04/10/2025 IV-D SHOW CAUSE Tr# 403 RET UNEXEC(LEWIS BROOKS MC UI   0.00
      04/10/2025 KENZIE) On 04/10/2025
405   04/15/2025 Service fee for # 402                          NA      75.00
407   04/15/2025 IV-D SHOW CAUSE-ISSUED ON LEWIS BROOKS MCKENZIE. NUI    8.00
      04/15/2025 H/R 04/25/2025 - 10:00-On 04/15/2025
408   04/17/2025 Service fee for # 403                          NA      75.00
410   04/22/2025 AG PAYMENT, for transaction 402, dated 02/25/2025 Y     5.28
411   04/22/2025 AG PAYMENT, for transaction 403, dated 02/25/2025 Y     5.28
412   05/05/2025 (4/25)IV-D ORD APPEAR & SHOW CAUSE 8/22/25 @9:30AM UIM  0.00
413   05/05/2025 SEE TNRS412/OASC/EMAILED TO L.MCKENZIE         UI       0.00
414   05/08/2025 IV-D SERVICE REQUEST FORM (CC:DOC PROD)        UI       0.00
415   05/08/2025 IV-D Citation-ISSUED ON LEWIS BROOKS MCKENZIE-On NUI    8.00
      05/08/2025 05/08/2025
416   05/08/2025 IV-D SHOW CAUSE-ISSUED ON LEWIS BROOKS MCKENZIE. NUI    8.00
      05/08/2025 H/R 08/22/2025 - 9:30-On 05/08/2025
417   06/30/2025 AG PAYMENT, for transaction 405, dated 04/15/2025 Y     49.50
418   06/30/2025 AG PAYMENT, for transaction 407, dated 04/15/2025 Y     5.28
419   06/30/2025 AG PAYMENT, for transaction 408, dated 04/17/2025 Y     49.50
420   07/11/2025 AG PAYMENT, for transaction 415, dated 05/08/2025 Y     5.28
421   07/11/2025 AG PAYMENT, for transaction 416, dated 05/08/2025 Y     5.28
422   07/18/2025 SERVICE FEE FOR # 415                          NA      75.00
423   07/18/2025 IV-D Citation Tr# 415 RET EXEC(LEWIS BROOKS MCKENZ UI   0.00
      07/18/2025 IE) On 07/12/2025
424   07/18/2025 SERVICE FEE FOR # 416                          NA      75.00
425   07/18/2025 IV-D SHOW CAUSE Tr# 416 RET EXEC(LEWIS BROOKS MCKE UI   0.00
      07/18/2025 NZIE) On 07/12/2025
426   08/12/2025 EMERGENCY MOT TO DISQUALIFY RECUSE JDG STAY ALL  UI     0.00
      08/12/2025 ENFORCEMENT PROCEEDING & MOT TO COMPEL CRIMINAL RE
      08/12/2025 F
```

```
427   08/15/2025 IV-D THE ATTY GENERAL ORIG ANS EMERG MOT TO RECUSE UI      0.00
428   08/19/2025 (8/18)ORDER DENYING MOTION TO RECUSE              UIM       0.00
429   09/03/2025 (NOT SIGNED)LEWIS MCKENZIE RESPONSE TO THE AG     UI        0.00
      09/03/2025 ORIGINAL ANSWER TO LEWIS EMERGENCY MOTION TO DISQU
      09/03/2025 ALIFY/RECUSE JUDGE
430   09/03/2025 (ATTACH)AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT UI      0.00
431   09/03/2025 (SIGNED)LEWIS MCKENZIE RESPONSE TO THE AG ORIGINAL UI      0.00
      09/03/2025 ANSWER TO LEWIS EMERGENCY MOTION TO DISQUALIFY/REC
      09/03/2025 USE JUDGE
432   09/03/2025 (ATTACH)AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT UI      0.00
433   09/12/2025 AG PAYMENT, for transaction 422, dated 07/18/2025 Y       49.50
434   09/12/2025 AG PAYMENT, for transaction 424, dated 07/18/2025 Y       49.50
435   09/17/2025 (9/16)ORD SUMMARILY DENYING EMERGENCY MTN TO      UIM      0.00
      09/17/2025 DISQUALIFY/RECUSE JUDGE(S)/STAY ALL ENFORCEMENT PR
      09/17/2025 OCEEDING/MTN TO
      09/17/2025 COMPEL CRIMINAL REFERRAL/ORD DIRECT CASE PROCEED T
      09/17/2025 O TRIAL/ORD
      09/17/2025 REMANDATORY SANCTIONS FOR THE FILING OF TERTIARY R
      09/17/2025 ECUSAL  MOTION
436   09/17/2025 (9/16)ORDER OF REFERRAL                           UIM      0.00
437   09/22/2025 IV-D ORD TO APPR AND SHOW CAUSE-11/24 @9:30A       UIM      0.00
438   09/23/2025 IV-D AG RESPONSE REGARD MANDATORY SANCTIONS        UI       0.00
439   09/24/2025 IV-D SERVICE REQUEST FORM (CC:DOC PROD)            UI       0.00
440   09/24/2025 IV-D SHOW CAUSE-ISSUED ON LEWIS BROOKS MCKENZIE.   NUI      8.00
      09/24/2025 H/R 11/24/2025 - 09:30-On 09/24/2025
441   09/29/2025 ORD SUM DENY MTN TO RECUSE OR DISQUALITY PRESIDING UIM      0.00
      09/29/2025 JUDGE DAVID L EVANS
442   10/08/2025 JUDGE'S RENDITION LETTER - JUDGE WELLS             UIM      0.00
444   11/20/2025 IV-D SHOW CAUSE Tr# 440 RET EXEC(LEWIS BROOKS MCKE UI       0.00
      11/20/2025 NZIE) On 11/18/2025
443   11/21/2025 Service fee for # 440                             NA      75.00
445   11/24/2025 PLEA TO THE JURISDICTION WITH MOT FOR CONTINUANCE  UI       0.00
446   11/24/2025 NOT OF CONSTITUTIONAL CHALLENGES TO TX STATE       UI       0.00
      11/24/2025 STATUTORY SCHEMES
447   11/24/2025 MOT TO VACATE ALL CHILD-RELATED ORDERS FOR LACK OF UI      0.00
      11/24/2025 JURISDICTION
448   11/24/2025 CHALLENGE TO CONSTITUTIONALITY OF A STATE STATUTE  UI       0.00
449   11/24/2025 RESP EMERGENCY MOTIONS TO STAY THE 11/24/2025      UI       0.00
      11/24/2025 HEARING, TO QUASH SERVICE AND DISMISS THE MOTION F
      11/24/2025 OR ENFORCEMENT, FOR
      11/24/2025 CONTINUANCE, AND FOR SANCTIONS AND REFERRALS, WITH
      11/24/2025  SUPPORTING AFFIDAVI
      11/24/2025 T
450   11/24/2025 NOT OF REMOVAL TO THE UNITED STATES DISTRICT COURT UI      0.00
451   11/24/2025 SEE TRN #45 NOT OF REMOVAL TO THE US DISTRICT CT            0.00
452   11/24/2025 ******************CASE CLOSED******************             0.00
453   12/04/2025 ORDER STRIKING & UNFILING DOCUMENTS IN US DISTRICT UIM     0.00
      12/04/2025 COURT FOR THE NORTHERN DISTRICT OF TX
454   12/15/2025 IV-D ORD TO APPEAR & SHOW CAUSE 2/6/26 @9AM        UIM      0.00
455   12/17/2025 IV-D SERVICE REQUEST FORM                         UI       0.00
```

```
456    12/17/2025 IV-D SHOW CAUSE W/SVC-ISSUED ON LEWIS BROOKS        NUI       8.00
       12/17/2025 MCKENZIE. H/R 02/06/2026 - 09:00-On 12/18/2025
457    01/16/2026 Service fee for # 456                              NA       90.00
458    01/16/2026 IV-D SHOW CAUSE W/SVC Tr# 456 RET UNEXEC(LEWIS BRO UI        0.00
       01/16/2026 OKS MCKENZIE) On 01/16/2026
459    01/21/2026 AG PAYMENT, for transaction 440, dated 09/24/2025  Y         5.28
460    01/23/2026 IV-D SERVICE DOCUMENTS FORM(EXPEDITED)(EM:DOC PROD UI        0.00
461    01/23/2026 IV-D SHOW CAUSE W/SVC-ISSUED ON LEWIS BROOKS        NUI       8.00
       01/23/2026 MCKENZIE. H/R 02/06/2026 - 09:00-On 01/23/2026
462    01/30/2026 IV-D- AG ORG ANSWER                                UI        0.00
463    02/02/2026 AG PAYMENT, for transaction 443, dated 11/21/2025  Y        49.50
--------------------------------------------------------------------------------
Total Number Of Records Printed:   463
```

Appendix B. Trigger

**RE: 233-651265-18 McKenzie; Setting Plea to Jurisdiction & Resetting Enforcement Hearing**

| | |
|---|---|
| From | Tegan B. Allison <TBAllison@tarrantcountytx.gov> |
| To | CSD-LEGALSERVICESASSIST@OAG.TEXAS.GOV<CSD-LegalServicesAssist@oag.texas.gov>, Kelli McKenzie<krayburn71.2@gmail.com>, Brooks McKenze, PhD<LBMTCU@GMAIL.COM>, Brooks McKenze, PhD<CORRUPT233RD@PROTON.ME> |
| Date | Thursday, December 11th, 2025 at 4:37 PM |

Good afternoon,

Per the responses received regarding the dates provided and having received no objection, these matters are set on **February 6, 2025 at 9am** in the Auxiliary District Court, located on the 4th floor of the Family Law Center.

Mr. McKenzie- Please send me your Notice of Court Proceeding for your Plea to the Jurisdiction

Ms. Longhofer- Please send me your Order to Appear for the Motion for Enforcement

Please try to have your setting documents to me no later than beginning of business December 15, 2025.

Thank you,

*Tegan Allison*

Auxiliary Court Coordinator

Tarrant County Family Law Center

200 E Weatherford

Fort Worth, TX 76196

TBAllison@tarrantcountytx.gov



## Appendix B. Trigger Hearing

EXTERNAL EMAIL ALERT! Think Before You Click!

Good morning,

The OAG is available on any of the listed dates, with a preference for a 9:30AM setting.

Sincerely,

Sarah Longhofer

Assistant Attorney General

**From:** Tegan B. Allison <TBAllison@tarrantcountytx.gov>
**Sent:** Monday, December 8, 2025 1:17 PM
**To:** krayburn71.2@gmail.com; LBMTCU@GMAIL.COM; CORRUPT233RD@PROTON.ME; CSD-LegalServicesAssist <CSD-LegalServicesAssist@oag.texas.gov>; CSD-LegalServicesAssist <CSD-LegalServicesAssist@oag.texas.gov>
**Subject:** 233-651265-18 McKenzie; Setting Plea to Jurisdiction & Resetting Enforcement Hearing

Good afternoon,

I have been instructed to provide dates to set the Plea to the Jurisdiction and reset the Motion for Enforcement hearing. The court has the following dates and times available:

January 30, 2026 9:30 a.m. or 1:30 p.m.

February 2, 2026 9:30 a.m. or 1:30 p.m.

February 3, 2026 1:30 p.m.

February 5, 2026 1:30 p.m.

February 6, 2026 9:30 a.m. or 1:30 p.m.

Please let me know all dates and times you are available so we can get these items set and heard.

Thank you,

2/5/26, 11:24 AM

## Appendix B. Trigger Hearing

*Tegan Allison*

Auxiliary Court Coordinator

Tarrant County Family Law Center

200 E Weatherford

Fort Worth, TX 76196

TBAllison@tarrantcountytx.gov



**From:** CSD-LegalServicesAssist <CSD-LegalServicesAssist@oag.texas.gov>
**Sent:** Tuesday, December 9, 2025 7:08 AM
**To:** Tegan B. Allison <TBAllison@tarrantcountytx.gov>; krayburn71.2@gmail.com; LBMTCU@GMAIL.COM;
CORRUPT233RD@PROTON.ME
**Subject:** RE: 233-651265-18 McKenzie; Setting Plea to Jurisdiction & Resetting Enforcement Hearing

Appendix B: Trigger



THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

**ORIGINAL**

*SHOW CAUSE*

Cause No. 233-651265-18



INRE DAVID BROOKS MCKENZIE

VS.

TO: LEWIS BROOKS MCKENZIE

GREETINGS:

Whereas, ATTORNEY GENERAL OF TEXAS filed a ORDER in the 233rd District Court District Court of
Tarrant County on the 22nd day of September, 2025, in a suit numbered 233-651265-18 on the docket of said Court wherein

ATTORNEY GENERAL OF TEXAS is Petitioner

and LEWIS BROOKS MCKENZIE is Respondent

**as set forth in** ORDER TO APPEAR AND SHOW CAUSE

And whereas, the Hon. _____ JUDITH G WELLS Presiding, _____ Judge of the 233rd District Court of Tarrant County, Texas,
endorsed on the said ORDER Her fiat in words and figures as follows, to wit:

Therefore you, LEWIS BROOKS MCKENZIE are hereby ordered to appear before the said court
at 09:30 o'clock AM. on the 24th day of November, 2025, in the District Court Auxiliary Court Room, 4th Floor, of Tarrant Coun
to show cause why you should not be held in contempt as set forth in a copy of the Court's Order, attached
hereto:
_____ Thomas A. Wilder _____, Clerk of the District Court of Tarrant County, Texas. Issued under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 24th day of September, 2025.

By _____

KAREL JACKSON

A CERTIFIED COPY
ATTEST 09/24/2025
THOMAS A WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
By by Karel Jackson

**NOTICE:** HAYES, HOLLY
Attorney for: ATTORNEY GENERAL OF TEXAS
Address One: CHILD SUPPORT DIVISION
Address Two: 2001 BEACH ST STE 700
City, Phone: FORT WORTH      TX 76103-2300  (800) 252-8014

---

## OFFICER'S RETURN *2336512651800440*

I hereby certify that this writ came to hand on the _____ day of _____, _____ at __ o'clock ___, and executed at
_____ within the county of _____ at _____ o'clock _____
on the ____ day of _____, _____ by delivering to the within named _____
_____ each in person, a true copy of this Writ together with the date of delivery endorsed thereon.
Not EXECUTED for following reason: _____
Returned this _____ day of _____, _____

Fee $_____      County of _____ State of_____
                  By _____ Deputy
(Must be verified if served outside the State of Texas)
State of _____ County of _____
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal)
                  _____
                  County of _____, State of _____

# Appendix B: Triggering D

*NOTICE*

No. 233-651265-18

INRE DAVID BROOKS MCKENZIE

vs.

Issued This 24th day of September, 2025

Thomas A. Wilder
Tarrant County District Clerk
200 E WEATHERFORD
FORT WORTH TX 76196-0402

By KAREL JACKSON, Deputy

HAYES, HOLLY
Attorney for: ATTORNEY GENERAL OF TEXAS
Address One: CHILD SUPPORT DIVISION
Address Two: 2001 BEACH ST STE 700
Address      : FORT WORTH      TX 76103-2300
Phone        : (800) 252-8014

*F A M I L Y L A W*



*233651265180004Q*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
**ORIGINAL**

## Appendix B: Triggering D

FILED
TARRANT COUNTY
9/22/2025 10:01 AM
THOMAS A. WILDER
DISTRICT CLERK

233-651265-18

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**
NCP Name:   *LEWIS BROOKS MCKENZIE*
CP Name:    *KELLI MARIE RAYBURN*
OAG Number: **0012958320** .

**CAUSE NUMBER 233-651265-18**

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE *233RD DISTRICT COURT* |
| *DAVID BROOKS MCKENZIE* | § | OF |
| A CHILD | § | *TARRANT* COUNTY, TEXAS |

### ORDER TO APPEAR AND SHOW CAUSE

On this date the application for hearing on the matters presented in the pleading on file in this cause was presented to the Court.

*LEWIS BROOKS MCKENZIE* is ORDERED to appear, before this Court, *TARRANT COUNTY FAMILY LAW CENTER*, 200 E. WEATHERFORD ST, FT WORTH, TX, in the *DISTRICT COURT AUXILIARY COURT ROOM*, *4TH FLOOR*, on the **24th day of NOVEMBER, at 9:30 o'clock A.M.**, and to respond to the pleading served with this order. **Failure to appear as ordered may result in issuance of a Capias for the arrest of** *LEWIS BROOKS MCKENZIE*, entry of a default order, or both. The clerk of this court is ORDERED to cause a copy of this order and the pleading to be served on *LEWIS BROOKS MCKENZIE*.

In accordance with Texas Family Code § 154.063, *LEWIS BROOKS MCKENZIE* is ordered to furnish information sufficient to accurately identify his net resources and ability to pay child support; and produce copies of income tax returns for the past two years, a financial statement, and current pay stubs.

Date Signed: _____

_____
**JUDGE PRESIDING**

Cause Number 233-651265-18; TARRANT County, Texas