JS 44 (Rev. 04/21) (TXND 4-21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kelli Marie McKenzie a.k.a. Kelli Marie Rayburn

### DEFENDANTS
Lewis Brooks McKenzie

**(b)** County of Residence of First Listed Plaintiff: **Tarrant**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Tarrant**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
pro se (see Attachment sheet)

Attorneys *(If Known)*
pro se (see Attachment sheet)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
- Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
- Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [X] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1443; 15 USC 1601; 31 USC 3729; 42 USC 1983

Brief description of cause:
Constitutional challenge to statutes, Consumer Credit Protection Act, False Claims Act

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $: $10M + compensation

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: N/A     DOCKET NUMBER: N/A

DATE: 11/24/25

SIGNATURE OF ATTORNEY OF RECORD: /s/ Lewis Brooks McKenzie

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

## Attachment to Civil Cover Sheet

Formal parties presently include [*persons to serve unless/until their own any counsel files appearance(s)*]:

1. Plaintiff and Counter-Defendant Kelli Marie McKenzie *a.k.a. Kelli Marie Rayburn*;

2. Defendant and Counter/Cross-Plaintiff [*Lewis Brooks McKenzie* – *see* Notice of Appearance *filed*];

3. Statutory Intervenor and Cross-Plaintiff United States;

4. Cross-Defendant State of Texas;

5. Cross-Defendant Judith G. Wells; *and*,

6. Cross-Defendant Holly L. Hayes.

| Counter/Cross-Defendants: | Party Service: |
|---|---|
| Kelli Marie McKenzie | Kelli Marie McKenzie<br>7913 Hannah Street<br>Plano, TX 75075-6203 |
| State of Texas | State of Texas<br>c/o Secretary of State Executive Office<br>P.O. Box 12887<br>Austin, TX 78711-2887<br><br>State of Texas<br>c/o Attorney General Kenneth Paxton<br>c/o Holly L. Hayes, SBN 24110698<br>Office of the Attorney General<br>Child Support Division<br>2001 Beach Street, Suite 700<br>Fort Worth, TX 76103-2300 |
| Judith G. Wells | Judith G. Wells<br>c/o 233th District Court of Tarrant County<br>Family Law Center<br>200 E. Weatherford Street, Fifth Floor<br>Fort Worth, TX 76196-0227 |
| Holly L. Hayes | Holly L. Hayes<br>c/o Office of the Attorney General<br>Child Support Division<br>2001 Beach Street, Suite 700<br>Fort Worth, TX 76103-2300 |

(continued on second page)

| **Statutory Intervenor / Cross-Plaintiff:** | **Party Service:** |
|---|---|
| United States | The United States of America<br>c/o Attorney General Pam Bondi<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 |
| United States | The United States of America<br>c/o U.S. Attorney Ryan R. Raybould<br>Office of the U.S. Attorney TXND<br>1100 Commerce Street, Third Floor<br>Dallas, TX  75242-1699 |

Supplemental Civil Cover Sheet
Page 1 of 2

# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 233rd Judicial District Court of Tarrant County | 233-651268-18 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | THIS FORM DOESN'T APPLY TO A CIVIL RIGHTS | REMOVAL UNDER SEC. 1443, WHICH SEEKS |
   | TO VACATE THE VERY EXISTENCE OF THE | STATE COURT CASE AS FACIALLY REPUGNANT |
   | (as opposed to "normal" removals which merely argue | for federal jurisdiction to continue on with the given |
   | case upon regular claims and defenses until finally | resolved and disposed) |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ☐ Yes   ☑ No

   If "*Yes*," by which party and on what date?

   _____                 _____
   Party                                    Date

4. **Answer:**

   Was an Answer made in State Court?    ☐ Yes    ☐ No

   If "*Yes*," by which party and on what date?

   | Party | Date |
   |---|---|
   | INAPPLICABLE TO SEC. 1443 REMOVAL | SEE ABOVE #2 ANSWER |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | N/A | |
   | | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | ADDED: STATE OF TEXAS ----------> | facial challenges to Texas state statutes |
   | ADDED: JUDITH G. WELLS ----------> | added Cross-Defendant under Sec. 1983 |
   | ADDED: HOLLY L. HAYES ----------> | added Cross-Defendant under Sec. 1983 |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | THIS FORM DOESN'T APPLY TO A CIVIL RIGHTS REMOVAL VIA SEC. 1443, WHICH SEEKS TO VACATE THE VERY EXISTENCE OF THE STATE COURT CASE AS FACIALLY REPUGNANT | (as opposed to "normal" removals which merely argue for federal jurisdiction to continue on with the given case upon regular claims and defenses until finally resolved and disposed) |