UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Cause No.: ___:26-cv- 4-26CV-125-P

| | |
|---|---|
| KELLI MARIE MCKENZIE, a.k.a. *KELLI MARIE RAYBURN*, Plaintiff and Counter-Defendant, | ) ) ) ) ) | In a removal from the 233rd Judicial District Court of Tarrant County, TX State case number: 233-651265-18 *("In the Interest of D.B.K., a Child")* Judith G. Wells, presiding |
| v. | ) ) | |
| LEWIS BROOKS MCKENZIE, individually as Defendant and Counter/Cross-Plaintiff, *and* as Relator *ex rel.* UNITED STATES, Statutory Intervenor and Cross-Plaintiff, | ) ) ) ) ) | |
| v. | ) ) | FORMAL DEMAND FOR JURY TRIAL |
| STATE OF TEXAS, JUDITH G. WELLS in her individual capacity, and HOLLY L. HAYES, Cross-Defendants. | ) ) ) | CONSTITUTIONAL CHALLENGES INJUNCTIVE RELIEF REQUESTED |

## Notice of Appearance (Civil)

COMES NOW Counter/Cross-Plaintiff, Lewis Brooks McKenzie, who respectfully provides the Clerk, the Court, and all counsel and parties herein with his civil appearance information:

| | |
|---|---|
| Name: | Lewis Brooks McKenzie |
| Address: | 4207 Bayside Court |
| | Arlington, TX 76016 |
| Telephone: | (972) 837-5678 |
| Fax: | No. None. N/A. |
| Accept service by Fax? | No. None. N/A. |
| Computer email address: | LBMTCU@gmail.com |

Respectfully submitted,

*[signature]*

Lewis Brooks McKenzie

1

## CERTIFICATE OF SERVICE

I hereby certify: that on this __5th__ day of February, 2026, a true and complete copy of the above *notice of appearance*, by depositing same with standard Rule 4(d) Waiver of Service forms via certified first class postage prepaid mail, RRR via USPS, has been duly served upon:

*(Statutory Intervenor/Plaintiff United States)*
The United States
c/o U.S. Attorney General Pam Bondi
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

*(Cross-Defendant State of Texas)*
State of Texas
c/o Secretary of State Executive Office
P.O. Box 12887
Austin, TX  78711-2887

*(Cross-Defendant Judith G. Wells)*
Judith G. Wells, SBN 21150350
c/o 233th District Court of Tarrant County
Family Law Center
200 E. Weatherford Street, Fifth Floor
Fort Worth, TX  76196-0227

*(Counter-Defendant Kelli Marie McKenzie)*
Kelli Marie (Rayburn) McKenzie
7913 Hannah Street
Plano, TX  75075-6203

*(Statutory Intervenor/Plaintiff United States)*
The United States
c/o U.S. Attorney Ryan R. Raybould
United States Department of Justice
Office of the U.S. Attorney TXND
1100 Commerce Street, Third Floor
Dallas, TX  75242-1699

*(Cross-Defendant State of Texas)*
State of Texas
c/o Attorney General W. Kenneth Paxton
c/o Holly L. Hayes, SBN 24110698
Child Support Division
2001 Beach Street, Suite 700
Fort Worth, TX  76103-2300

*(Cross-Defendant Holly L. Hayes)*
Holly L. Hayes, SBN 24110698
c/o Office of the Attorney General
Child Support Division
2001 Beach Street, Suite 700
Fort Worth, TX  76103-2300

_____
Lewis Brooks McKenzie