

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Cause No.: ____:26-cv-_____   4-26CV-125-P

| | |
|---|---|
| KELLI MARIE MCKENZIE, *a.k.a.* KELLI MARIE RAYBURN,  Plaintiff and Counter-Defendant, | In a removal from the 233rd Judicial District Court of Tarrant County, TX  State case number: 233-651265-18  (*"In the Interest of D.B.K., a Child"*) |
| v. | Judith G. Wells, presiding |
| LEWIS BROOKS MCKENZIE, individually as Defendant and Counter/Cross-Plaintiff, *and* as Relator *ex rel.* UNITED STATES, Statutory Intervenor and Cross-Plaintiff, | |
| v. | FORMAL DEMAND FOR JURY TRIAL |
| STATE OF TEXAS, JUDITH G. WELLS in her individual capacity, and HOLLY L. HAYES,  Cross-Defendants. | CONSTITUTIONAL CHALLENGES  INJUNCTIVE RELIEF REQUESTED |

## Counter/Cross-Plaintiff's Certificate of Interested Persons and Entities

COMES NOW Counter/Cross-Plaintiff, Lewis Brooks McKenzie, noticing the Court, counsel and parties with listing of all known persons and entities having definite or possible interest in this case already and/or having interest regarding the outcome of this case, as stated thusly:

<u>Listing of Interested Persons and Entities:</u>

The undersigned certifies that the following representations are made in order that the judges of this Court may evaluate possible disqualification or recusal, and/or as pertains to any and all other relevant matters and issues herein. Such known persons and entities include at least:

Counter/Cross-Plaintiff, Lewis Brooks McKenzie, of Clarksville, Texas, individually

All minor children of all those similarly situated and of the undersigned, each individually

1

Every state taxpayer residing within the State of Texas, individually

Every federal taxpayer residing within the State of Texas, individually

The thirty million (30M) citizens residing within the State of Texas, individually

Cross-Defendant, the State of Texas, corporately

Petitioner, Kelli Marie (Rayburn) McKenzie, of Plano, Texas, individually

Cross-Defendant, Judith G. Wells, presumed of Tarrant County, Texas, individually

Cross-Defendant, Holly L. Hayes, presumed of Tarrant County, Texas, individually

The Texas Board of Law Examiners, corporately

All nine (9) Members of the Texas Board of Law Examiners, each individually

Every licensed attorney having practiced family law within the State of Texas, individually

Every law firm having engaged in family law cases within the State of Texas, corporately

Every judicial officer involved in family law cases within the State of Texas, individually

Every one of the 254 counties and county governments in the State of Texas, corporately

The statewide Title IV-D bureaucracy and system within the State of Texas, corporately

The State Bar of Texas statewide bar association, corporately

Each and every individual county bar association within the State of Texas, corporately

The Texas Family Law Foundation, corporately

All twenty-two (22) listed Officers and Members of the Board of Trustees of the Texas Family Law Foundation, each individually

The American Bar Association, corporately

The United States of America, and *also* the United States Federal Government, corporately

Warren Kenneth "Ken" Paxton, Texas Attorney General (**administrative + other interests**)

Ryan R. Raybould, U. S. Attorney of TXND (**administrative + prosecutorial interests**)

Respectfully submitted,

*[signature]*

Lewis Brooks McKenzie
4207 Bayside Court
Arlington, TX  76016
Tel:  (972) 837-5678
Email:  LBMTCU@gmail.com
*Counter/Cross-Plaintiff Party of Record*

## CERTIFICATE OF SERVICE

I hereby certify:  that on this _5th_ day of February, 2026, a true and complete copy of the above *counter/cross-plaintiff's certificate of interested persons*, by depositing same with standard Rule 4(d) Waiver of Service forms via certified first class postage prepaid mail, RRR via USPS, has been duly served upon:

*(Statutory Intervenor/Plaintiff United States)*
The United States
c/o U.S. Attorney General Pam Bondi
Office of the United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

*(Cross-Defendant State of Texas)*
State of Texas
c/o Secretary of State Executive Office
P.O. Box 12887
Austin, TX  78711-2887

*(Cross-Defendant Judith G. Wells)*
Judith G. Wells, SBN 21150350
c/o 233th District Court of Tarrant County
Family Law Center
200 E. Weatherford Street, Fifth Floor
Fort Worth, TX  76196-0227

*(Counter-Defendant Kelli Marie McKenzie)*
Kelli Marie (Rayburn) McKenzie
7913 Hannah Street
Plano, TX  75075-6203

*(Statutory Intervenor/Plaintiff United States)*
The United States
c/o U.S. Attorney Ryan R. Raybould
United States Department of Justice
Office of the U.S. Attorney TXND
1100 Commerce Street, Third Floor
Dallas, TX  75242-1699

*(Cross-Defendant State of Texas)*
State of Texas
c/o Attorney General W. Kenneth Paxton
c/o Holly L. Hayes, SBN 24110698
Child Support Division
2001 Beach Street, Suite 700
Fort Worth, TX  76103-2300

*(Cross-Defendant Holly L. Hayes)*
Holly L. Hayes, SBN 24110698
c/o Office of the Attorney General
Child Support Division
2001 Beach Street, Suite 700
Fort Worth, TX  76103-2300

*[signature]*

Lewis Brooks McKenzie