FEB 5 2026 PM4:20
FILED-USDC-NDTX-FW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

4 - 26 CV - 125 - P

Cause No.: ___ :26-cv-_____

| | | |
|---|---|---|
| **KELLI MARIE MCKENZIE**, *a.k.a.* | ) | In a removal from the 233rd Judicial |
| *KELLI MARIE RAYBURN*, ) Plaintiff and Counter-Defendant, )) | ) | District Court of Tarrant County, TX State case number: 233-651265-18 (*"In the Interest of D.B.K., a Child"*) Judith G. Wells, presiding |
| v | ) | |
| **LEWIS BROOKS MCKENZIE**, individually as Defendant and Counter/Cross-Plaintiff, *and* as Relator *ex rel.* **UNITED STATES**, Statutory Intervenor and Cross-Plaintiff, | ) ) ) | |
| v. | ) | |
| | ) | FORMAL DEMAND FOR JURY TRIAL |
| **STATE OF TEXAS, JUDITH G. WELLS** in her individual capacity, and **HOLLY L. HAYES**, Cross-Defendants. | ) ) ) | CONSTITUTIONAL CHALLENGES INJUNCTIVE RELIEF REQUESTED |
| | ) | |

## MOTION TO RECUSE MAGISTRATE JUDGE JEFFREY L. CURETON

COMES NOW Dr. Brooks McKenzie, moving to recuse Magistrate Judge Jeffrey L. Cureton pursuant to 28 U.S.C. §455(a) for appearance of impartiality and §455(b)(1) for personal bias. Prior sealing/striking of 2025 removal without hearing/review violated due process (5th/14th Amendments), ethical canons (Code of Conduct for U.S. Judges, Canon 3A(4) requiring hearing), and potentially criminal under 18 U.S.C. §242 (deprivation under color of law). Sealing forever without good cause violates public access rights (1st Amendment). Conspiracy with state actors inferred from speed (24 hours) and perpetual seal, denying review, amid anti-corruption efforts (SB293, SJR27, Ch. 87 removal). Recusal required to avoid impropriety.

Respectfully submitted February 05, 2026.

/s/ Lewis Brooks McKenzie

Lewis Brooks McKenzie, PhD
4207 Bayside Ct
Arlington, TX 76016
Phone: (972) 837-5678
Corrupt233rd@proton.me

## CRIMINAL COMPLAINT AGAINST MAGISTRATE JUDGE JEFFREY L. CURETON

COMES NOW Dr. Brooks McKenzie, complaining under 18 U.S.C. §242, §241 (conspiracy against rights) that Magistrate Cureton willfully deprived due process by sealing/striking removal forever without hearing/review, violating procedural rules (FRCP 12(h)(3)), ethical duties (Canon 2A avoiding impropriety), and constitutional rights (5th/14th Amendments). Perpetual seal without justification (no sensitive info) suggests conspiracy with state actors to suppress corruption exposure. Request referral to U.S. Attorney for investigation/prosecution.

Respectfully submitted February 05, 2026.

/s/ Lewis Brooks McKenzie

Lewis Brooks McKenzie, PhD
4207 Bayside Ct
Arlington, TX 76016
Phone: (972) 837-5678
Corrupt233rd@proton.me